**EXHIBIT A:  SUMMARY OF TRANSFERS 2016-2018**

| Name | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|
| Beaumont Emergency Physicians Associates, PLLC | 3,505,195.00 | 809,859.77 | 224,226.27 | 4,539,281.04 |
| Tom Vo | 3,062,965.00 | 477,422.58 | - | 3,540,387.58 |
| Pranav Shukla | 1,243,808.00 | 308,866.56 | 69,941.14 | 1,622,615.70 |
| Neighbors of the Permian Basin | 1,062,213.00 | 338,857.86 | 86,106.71 | 1,487,177.57 |
| Abarado & Do Family, LP | 475,045.00 | 142,739.02 | 34,114.00 | 651,898.02 |
| Emtex Investments, LLC | 488,234.00 | 116,140.74 | 38,568.65 | 642,943.39 |
| Kenneth Direkly | 441,194.00 | 128,464.66 | 52,109.90 | 621,768.56 |
| Emergence Holdings LLC | 294,617.00 | 270,880.58 | 17,998.97 | 583,496.55 |
| EDR Investments LLC | 438,749.00 | 82,403.91 | 42,370.34 | 563,523.25 |
| Atiba Bell Medical Associates, PLLC | 419,371.00 | 85,225.53 | 35,926.74 | 540,523.27 |
| Alberto A. Gonzalez, MD | 475,045.00 | 64,991.30 | - | 540,036.30 |
| Ekta Popat | 350,507.00 | 81,321.11 | 35,147.79 | 466,975.90 |
| Towards Infinity LLC | 316,656.00 | 85,405.95 | 51,094.30 | 453,156.25 |
| AB Physician Services LLC | 241,856.00 | 190,321.76 | 14,999.14 | 447,176.90 |
| Ahmed F. Shaikh | 389,898.00 | - | - | 389,898.00 |
| Roy Marrero | 265,360.00 | 62,098.78 | 41,093.87 | 368,552.65 |
| Spring Pasadena Investments, LLC | 255,441.00 | 49,179.34 | 16,194.75 | 320,815.09 |
| Appiah, William | 278,549.00 | 30,853.20 | - | 309,402.20 |
| Applied Enhancements Inc. | 150,815.00 | 123,684.36 | 5,999.66 | 280,499.02 |
| Fillory Holdings, LLC | 107,738.00 | 118,917.21 | 6,749.61 | 233,404.82 |
| Cheng, Thanh | 137,727.00 | 47,656.64 | 6,740.75 | 192,124.39 |
| Andrew O. Okafor, M.D., P.A. | 108,948.00 | 68,044.26 | 12,052.41 | 189,044.67 |
| Roger Starner Jones, Jr., MD | 86,384.00 | 94,393.15 | 6,845.13 | 187,622.28 |
| Manuel Acosta PLLC | 124,434.00 | 58,536.49 | 2,337.00 | 185,307.49 |
| Freeborn, Isaac | 141,822.00 | 27,155.94 | 14,123.45 | 183,101.39 |
| Addison HN Vo Investments LLC | - | 179,813.00 | - | 179,813.00 |
| James Locke, MD | 124,538.00 | 41,294.26 | 13,855.45 | 179,687.71 |
| Megadodo LLC | 82,752.00 | 77,456.62 | 1,858.94 | 162,067.56 |
| Dien Bui MD | 67,654.00 | 73,811.57 | 4,483.39 | 145,948.96 |
| Nia Johnson, MD (Catniaj PLLC) | 56,188.00 | 82,433.22 | 2,265.16 | 140,886.38 |
| Obidike R Akahara MD PA | 56,188.00 | 82,433.22 | 2,265.16 | 140,886.38 |
| Wisestaff, LLC | 56,188.00 | 60,750.22 | - | 116,938.22 |
| Teamus Investments, LTD | 60,392.00 | 47,947.67 | - | 108,339.67 |
| Hazel Cebrun | 37,458.00 | 58,294.15 | 1,858.94 | 97,611.09 |
| LBN Medical Care PLLC | 37,458.00 | 58,294.15 | 1,858.94 | 97,611.09 |
| Darul Sehat PA | 37,458.00 | 54,955.15 | 1,510.11 | 93,923.26 |
| Bankymed Emergency Management, LLC | 45,294.00 | 47,555.05 | - | 92,849.05 |
| Upclick Ventures, LLC | 45,294.00 | 47,555.05 | - | 92,849.05 |
| David C. Herrera, MD | 45,294.00 | 19,162.47 | - | 64,456.47 |
| Osman, Ali | 45,294.00 | 19,162.47 | - | 64,456.47 |
| Ivan Melendez | 57,390.00 | - | - | 57,390.00 |
| Baqir Holdings, PLLC | - | 55,450.90 | - | 55,450.90 |
| Robert Wright, DO | 26,380.00 | 26,549.36 | 1,499.91 | 54,429.27 |
| Jeffery P. Reboul, DO | 30,196.00 | 23,973.83 | - | 54,169.83 |
| James M. Piccione, MD, PLLC | 18,729.00 | 29,147.07 | 929.47 | 48,805.54 |
| KA Hott PLLC | 18,729.00 | 27,478.07 | 755.05 | 46,962.12 |
| Stuart R. Quartermont, MD | 18,729.00 | 27,477.07 | 755.05 | 46,961.12 |
| C. Guadarrama PLLC | - | 40,260.91 | - | 40,260.91 |
| Omotola O. Jaiyebo | - | 40,260.91 | - | 40,260.91 |
| Elanie Ucbamichael, MD | 15,098.00 | 21,266.49 | - | 36,364.49 |
| Edgar Hernandez, MD | - | 28,548.31 | 4,499.74 | 33,048.05 |
| Haywood Hall | - | 31,277.39 | - | 31,277.39 |
| Jorge Javier Escobar Jr., MD PA | 4,435.00 | 22,986.97 | 1,499.91 | 28,921.88 |
| Donald Hubbard MD PA | - | 27,350.60 | 1,230.77 | 28,581.37 |
| Thomas M. Mercado MD PLLC | - | 27,350.60 | 1,230.77 | 28,581.37 |
| Jorge Barajas MD, PA | - | 26,499.23 | - | 26,499.23 |
| Aiman A. Shokr, MD | - | 23,480.12 | 1,230.77 | 24,710.89 |
| Michael Mohun | - | 22,082.69 | - | 22,082.69 |
| Peter Shelby Evans, MD | 15,098.00 | 6,387.49 | - | 21,485.49 |

| Name | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|
| David Haacke | - | 20,512.95 | 923.08 | 21,436.03 |
| Isabel Reyna MD | - | 19,959.77 | - | 19,959.77 |
| Jason Yost | - | 17,493.20 | - | 17,493.20 |
| Haynes Emergency Medicine, P.A. | 16,284.00 | 936.10 | - | 17,220.10 |
| Maria Aguinaga MD PA | - | 15,844.64 | - | 15,844.64 |
| Darrin Ashbrooks | - | 15,306.55 | - | 15,306.55 |
| Shawna Labert Pitt | - | 15,074.31 | - | 15,074.31 |
| Candanosa MD PA | - | 13,249.61 | - | 13,249.61 |
| JMZ PLLC | 2,217.00 | 9,516.54 | 749.96 | 12,483.50 |
| Haman Healthcare Group, LLP | - | 11,146.95 | - | 11,146.95 |
| Shannon Spigener PLLC | - | 10,933.25 | - | 10,933.25 |
| Olga Langly | - | 8,833.08 | - | 8,833.08 |
| Clint Carter MD PA | - | 7,729.20 | - | 7,729.20 |
| Don Harper | - | 6,559.95 | - | 6,559.95 |
| SDR Healthcare Inc. | - | 6,559.95 | - | 6,559.95 |
| Ucbamichael Holdings | - | - | 6,155.00 | 6,155.00 |
| Salvador Elizarraraz Jr., MD PA | - | 5,281.55 | - | 5,281.55 |
| **Total** | | **$ 15,883,306.00** | **$ 5,507,104.58** | **$ 866,156.18** | **$ 22,256,566.76** |