IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| NEIGHBORS LEGACY HOLDINGS, INC., | § § | CASE NO. 18-33836-H1-11 (Chapter 11) |
| Debtor. | § § | |
| | | |
| MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES | § § § § § | ADV. P. NO. 20-03016 |
| *Plaintiff* | § § | |
| VS. | § § § | |
| TOM VO; BEAUMONT ER PHYSICIANS ASSOCIATES, PLLC; PRANAV SHUKLA; NEIGHBORS OF THE PERMIAN BASIN, LLC; ABARADO & DO FAMILY, LP; EMTEX INVESTMENTS, LLC; KENNETH DIREKLY; EMERGENCE HOLDINGS LLC; EDR INVESTMENTS LLC; ATIBA BELL; MEDICAL ASSOCIATED, PLLC; ALBERTO A. GONZALEZ, MD; EKTA POPAT; TOWARDS INFINITY LLC; AB PHYSICIAN SERVICES LLC; AHMED F. SHAIKH; ROY MARRERO; SPRING PASADENA INVESTMENTS, LLC; WILLIAM APPIAH; APPLIED ENHANCEMENTS, PLLC; FILLORY HOLDINGS, LLC; THANH CHENG; ANDREW O. OKAFOR, M.D. P.A.; ROGER STARNER JONES, JR.; MANUEL ACOSTA, PLLC; ISAAC FREEBORN; ADDISON HN VO INVESTMENTS LLC; JAMES LOCKE, MD; MEGADODO LLC; DIEN BUI, MD; CATNIAJ, PLLC; NIA JOHNSON; OBIDIKE R. AKAHARA MD PA; WISESTAFF, LLC; TEAMUS INVESTMENTS, LTD; HAZEL CEBRUN; | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

| | |
|---|---|
| **LBN MEDICAL CARE, PLLC; DARUL SEHAT, PA; BANKYMED EMERGENCY MANAGEMENT, LLC; UPCLICK VENTURES, LLC; DAVID C. HERRERA, MD; ALI OSMAN; IVAN MELENDEZ; BAQIR HOLDINGS, PLLC; ROBERT WRIGHT, DO; JEFFERY P. REBOUL, DO; JAMES M. PICCIONE, MD, PLLC; KA HOTT PLLC; STUART R. QUARTERMONT, MD; C. GUADARRAMA PLLC; OMOTOLA O. JAIYEBO; ELANIE UCBAMICHAEL, MD; EDGAR HERNANDEZ, MD; HAYWOOD HALL; JORGE JAVIER ESCOBAR JR., MD PA; DONALD HUBBARD, MD PA; THOMAS M. MERCADO, MD PLLC; JORGE; BARAJAS, MD PA; AIMAN A. SHOKR, MD; MICHAEL MOHUN; PETER SHELBY EVANS, MD; DAVID HAACKE, ISABEL REYNA, MD, JASON YOST; HAYNES EMERGENCY MEDICINE, PA; MARIA AGUINAGA, MD PA; DARIN ASHBROOKS; SHAWNA LABERT PITT; CANDANOSA MD PA; JMZ PLLC; HAMAN HEALTHCARE GROUP, LLP; SHANNON SPIGENER PLLC; OLGA LANGLY; CLINT CARTER, MD PA; DON HARPER; SDR HEALTHCARE INC; UCBAMICHAEL HOLDINGS LTD, UCBAMICHAEL HOLDINGS MANAGEMENT, LLC; SALVADOR ELIZARRARAZ, JR., MD PA;** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |
| *Defendants.* | § |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:        **United States Bankruptcy Court**
                                          **Of Southern District of Texas – Houston Division**
                                          **515 Rusk St.**
                                          **Houston, Texas 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:    **CLIFFORD WALSTON**
**WALSTON BOWLIN, LLP**
**4299 San Felipe Street, Suite 300**
**Houston, Texas 77027**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.


**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**


_____ (Clerk of the Bankruptcy Court)


Date: _____    By: _____ (Deputy Clerk)

## CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

**X** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**Please see exhibit "A" attached hereto.**

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: _____

Business Address: _____

**Exhibit A**

1. Thomas Vo
   4531 Oleander St.
   Bellaire, Texas 77401

2. Beaumont ER Physicians Associates, PLLC
   Shannon Orsak, Registered Agent
   16062 Southwest Freeway #2
   Sugar Land, TEXAS 77479

3. Infinity Emergency Management Group, LLC
   Jermaine Bowen, Registered Agent
   11724 Pueblo Fuerte Court
   El Paso, Texas 79936

4. Pranav Shukla
   1206 Doughty Place
   Sugar Land, Texas 77479

5. Neighbors of the Permian Basin, LLC
   Vik Wall, Registered Agent
   18 Sapphire St.
   Odessa, Texas 79762

6. QSH Family LP
   Quang H. Henderson, Registered Agent
   10822 Roaring Brook Lane
   Houston, Texas 77024

7. Abarado & Do Family, LP
   California Rough Do, Registered Agent
   7606 Hampden Court
   Sugar Land, Texas 77479

8. EMTEX Investments, LLC
   Judy Thomas, Registered Agent
   3001 Murworth Dr., Unit 1602
   Houston, Texas 77025

9. Kenneth Direkly
   1141 Rymers Switch Lane
   Friendswood, Texas 77546

10. Emergence Holdings LLC
    Joe Ybarra, Registered Agent
    1902 Pease St., Suite A
    Harlingen, Texas 78550

11. EDR Investments, LLC
    Eric Roberson, Registered Agent
    315 Hughes Rd.
    Dickinson, Texas 77539

12. Atiba Bell Medical Associates, PLLC
    Atiba Bell, Registered Agent
    22206 Mission Hills Lane
    Katy, Texas 77450

13. Alberto A. Gonzalez, MD
    207 S. Bauer Point Circle
    Spring, Texas 77389

14. Ekta Popat
    1010 Reinhart Ave.
    Sugar Land, TX 77479

15. Towards Infinity LLC
    Radheshyam Miryala, Registered Agent
    3017 S. Island Dr.
    Seabrook, Texas 77586

16. AB Physicians Services LLC
    Antonio Bueso, Registered Agent
    750 Marlin Dr.
    Abilene, Texas 79602

17. Ahmed F. Shaikh
    2905 Amherst St.
    Houston, Texas 77005

18. Roy Marrero
    3709 Gertin Street
    Houston, Texas 77004

19. Spring Pasadena Investments, LLC
    Long Le, Registered Agent
    3411 Summer Bay Dr.
    Sugar Land, Texas 77478

20. William Appiah
    1906 Mystic Arbor Lane
    Houston, Texas 77077

21. Applied Enhancements, PLLC
    Manohar M. Alloju, Registered Agent
    14340 Torrey Chase Blvd., Suite 110
    Houston, Texas 77014

22. Fillory Holdings, LLC
    Lance Hill, Registered Agent
    1013 Greenwood Lane
    Lewisville, Texas 75067

23. Thanh Cheng
    4219 Killian Court
    Missouri City, Texas 77459

24. Andrew O. Okafor, M.D.P.A.
    1210 Ashley Circle Dr., West
    Houston, Texas 77071

25. Roger Starner Jones, J.
    2405 Barton Shore Dr.
    Pearland, Texas 77584

26. Manuel Acosta, PLLC
    Manuel E. Rodriguez Acosta, Registered Agent
    3131 Memorial Court, #8104
    Houston, Texas 77007

27. Isaac Freeborn
    6703 Winston St.
    Houston, Texas 77021

28. Addison HN Vo Investments LLC
    Phuc Hong Vo, Registered Agent
    3537 High Vista Dr.
    Carrollton, Texas 75007

29. James Locke, MD
    2457 Baycrest Dr.
    Houston, Texas 77058

30. Magadodo LLC
    Jason Gukhool, Registered Agent
    4141 Lovers Lane
    Dickinson, Texas 77539

31. Dien Bui MD
    2466 Beacon Circle
    League City, Texas 77573

32. Catniaj PLLC
    Nia Johnson, Registered Agent
    4438 South MacGregor Way
    Houston, Texas 77021

33. Nia Johnson
    4438 South MacGregor Way
    Houston, Texas 77021

34. Obidike R. Akahara MD PA
    7638 Westmoreland Dr.
    Sugar Land, Texas 77479

35. Wisestaff, LLC
    Incorp Services, Inc., Registered Agent
    815 Brazos, Suite 500
    Austin, Texas 78701

36. Teamus Investments, LTD
    Steven Downie, Registered Agent
    705 Randolph Circle
    Beaumont, Texas 77706

37. Hazel Cebrun
    2907 Chartres Street
    Houston, Texas 77004

38. LBN Medical Care, PLLC
    Lieu B Ngo, Registered Agent
    12803 Brook Arbor Court
    Pearland, Texas 77584

39. Darul Sehat, PA
    1914 West Gray Street, Unit 105
    Houston, Texas 77019

40. Bankymed Emergency Management, LLC
    Olushola Bankole, Registered Agent
    14815 Lisa Lane
    Beaumont, Texas 77713

41. Upclick Ventures, LLC
    1119 Woodbank Dr.
    Seabrook, Texas 77486

42. David C. Herrera, MD
    4624 Pin Oak Lane
    Bellaire, Texas 77401

43. Ali Osman
    3390 Heights Avenue
    Beaumont, Texas 77706

44. Ivan Melendez
    3304 N. Bryan Road
    Mission, Texas 78573

45. Baqir Holdings, PLLC
    Ahmed F. Shaikh, Registered Agent
    2905 Amherst Street
    Houston, Texas 77005

46. Robert Wright, DO
    3544 Kanati Cove
    College Station, Texas 77845

47. Jeffery P. Reboul, DO
    6550 Truxton Ln.
    Beaumont, Texas 77706

48. James M. Piccione, MD, PLLC
    James M. Piccione, Registered Agent
    5930 Juniper Bluff Court
    Kingwood, Texas 7734

49. KA Hott PLLC
    Kim Hott, Registered Agent
    4400 College Park Dr., Suite 1011
    The Woodlands, Texas 77384

50. Stuart R. Quartermont, MD
    4801 Appel Valley Ct.
    College Station, Texas 77845

51. C. Guadarrama PLLC
    Christopher Guadarrama, Registered Agent
    1255 Carrizo Lane
    Brownsville, Texas 78520

52. Omotola O. Jaiyebo
    3726 Treasure Island Dr.
    Montgomery, Texas 77356

53. Elanie Ucbamichael, MD
    3195 Dowlen Rd., Suite 101
    Beaumont, Texas 77706

54. Edgar Hernandez, MD
    2601 Santa Monica
    Mission, Texas 78572

55. Haywood Hall
    220 N. Zapata Hwy, #228A
    Laredo, Texas 78043

56. Jorge Javier Escobar Jr., MD PA
    204 Rancho Del Rey
    Mission, Texas 78572

57. Donald Hubbard, MD PA
    1710 S. Polk St.
    Amarillo, Texas 79102

58. Thomas M. Mercado, MD PLLC
    Rebel Inez Mercado, Registered Agent
    3502 Kensington Pl.
    Amarillo, Texas 79121

59. Jorge Barajas, MD PA
    3005 Laurie Ln.
    Edinburg, Texas 78539

60. Aiman A. Shokr, MD
    109 Banks Drive
    Amarillo, Texas 79124

61. Michael Mohun
    1000 North 8th Street
    McAllen, Texas 78501

62. Peter Shelby Evans, MD
    11431 Lakeside Place Dr.
    Houston, Texas 77077

63. David Haacke
    2001 Bob Whie Trail
    Amarillo, Texas 79124

64. Isabel Reyna MD
    2210 Northgate Drive
    Weslaco, Texas 78599

65. Jason Yost
    5407 Rolling Hills
    Texarkana, Texas 75503

66. Haynes Emergency Medicine, PA
    Philip A. Haynes, Registered Agent
    604 Hidden Pine Lane
    Friendswood, Texas 77546

67. Maria Aguinaga, MD PA
    701 Jay Ave.
    McAllen, Texas 78504

68. Darin Ashbrooks
    100 Oak Meadow Ln.
    Texarkana, Texas 75503

69. Shawna Labert Pitt
    1256 Moore Road
    Beaumont, Texas 77713

70. Candanosa MD PA
    2307 Victoria Ave.
    Edinburg, Texas 78539

71. JMZ PLLC
    United States Corporation Agents, Inc., Registered Agent
    9900 Spectrum Drive
    Austin, Texas 78717

72. Haman Healthcare Group, LLP
    1474 W. Price Rd., Suite 7
    Brownsville, Texas 78520
    (P.O. Box 3072, Brownsville, Texas 78523)

74. Shannon Spigener PLLC
    Michelle Tribble, Registered Agent
    1801 E. 51st St., Building H
    Austin, Texas 78723

73. Olga Langly
    3205 South 6th Lane
    McAllen, Texas 78503

74. Clint Carter, MD PA
    4048 Charleston Park
    Tyler, Texas 75701

75. Don Harper
    810 N. Louise St.
    Atlanta, Texas 75551

76. SDR Healthcare Inc
    Dr. Jason Seungdamrong, Registered Agent
    3000 Blackburn St., Apt 2311
    Dallas, Texas 75204

77. Ucbamichael Holdings LTD
    Elaine Ucbamichael, Registered Agent
    2500 N. Houston St., Apt 2712
    Dallas, Texas 75219

78. Ucbamichael Holdings Management, LLC
    Elaine Ucbamichael, Registered Agent
    2500 N. Houston St., Apt 2712
    Dallas, Texas 75219

79. Salvador Elizarraraz, Jr., MD PA
    2001 Fullerton Ave.
    McAllen, Texas 78504