IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| | | |
| NEIGHBORS LEGACY HOLDINGS, INC., | | CASE NO. 18-33836-H1-11 |
| | | Chapter 11 |
| Debtor | | |

| | | |
|---|---|---|
| MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES, | | |
| Plaintiff | | |
| | | |
| VS. | | ADV. NO. 20-03016 |
| | | |
| TOM VO, ET AL., | | JURY DEMANDED |
| Defendants | | |

## ORIGINAL ANSWER OF DEFENDANT
## ELANIE UCBAMICHAEL MD

TO THE HONORABLE MARVIN ISGUR UNITED STATES BANKRUPTCY JUDGE:

Comes now Elanie UcBamichael MD, one of the Defendants in the above numbered and titled Adversary Proceeding, and for answer to the Plaintiff's First Amended Complaint (doc 4, the "Complaint") filed by Mark Shapiro, Trustee of the Unsecured Creditor Trust of Neighbors Legacy Holdings, Inc. and its Debtor Affiliates (the "Trustee"), Elanie UcBamichael MD respectfully represents:

### Response to Jurisdiction and Venue

1.  Elanie UcBamichael MD admits paragraphs 1 through 6 of the Complaint and agrees that this Court has jurisdiction and venue to consider the Complaint as to Elanie UcBamichael MD.  Elanie UcBamichael MD consents to the entry of final orders or judgment by this

honorable Court pursuant to BLR 7008-1 and 7012-1. Elanie UcBamichael MD denies that the

Court has venue to consider the Complaint as to Defendants UcBamichael Holdings, Ltd and

UcBamichael Holdings Management, LLC.   Elanie UcBamichael MD does not know whether

the Court has jurisdiction or venue to consider the Complaint as to any other Defendants.

**Response to Parties**

2.   Elanie UcBamichael MD admits the allegation of paragraph 7 of the Complaint that

the Plaintiff, Mark Shapiro, is the Trustee of the Unsecured Creditor Trust (the "Trust") of

Neighbors Legacy Holdings, Inc., and its affiliates (the "Debtors").

3.   Elanie UcBamichael MD denies the allegation of paragraph 58 of the Complaint that

Elanie UcBamichael MD resides at 3195 Dowlen Rd, Suite 101, Beaumont, Texas 77706. That is

a UPS mail box, not a residence.  Elanie UcBamichael MD resides at 7745 Village Dr.,

Beaumont, Texas 77713.

4.   Elanie UcBamichael MD denies the allegations of paragraphs 83 and 84 of the

Complaint in part.  Elanie UcBamichael MD admits that UcBamichal Holdings, Ltd is a Texas

limited partnership, and that UcBamichael Holdings Management, LLC, its general partner, is a

Texas limited liability, but denies that the addresses stated in the Complaint are correct.

UcBamichal Holdings, Ltd and UcBamichal Holdings Management, LLC reside at 7745 Village

Dr., Beaumont, Texas 77713.

5.   Elanie UcBamichael MD does not have knowledge about and is not able to either

admit or deny the allegations of paragraphs 8 through 57, 59 through 82,   85 and 86 of the

Complaint.  Elanie UcBamichael MD does not know the correct names and identity of the other

defendants named in the Complaint.

### Response to Background Facts

6.   Elanie UcBamichael MD does not have knowledge about and is not able to either admit or deny the allegations of paragraphs 87 through 91 of the Complaint concerning the bankruptcy cases of the Neighbors Debtor Entities, the Chapter 11 Plan, or the creation of the Unsecured Creditor Trust.

### Neighbors Emergency Centers Alleged Transfers to Defendant

7.   Elanie UcBamichael MD denies the allegations of paragraphs 92 through 96 of the Complaint and demands strict proof thereof.

8.   Elanie UcBamichael MD denies that Elanie UcBamichael MD ever made any loans to the Neighbor Debtor Entities (as that term is defined in the Complaint).

9.   Elanie UcBamichael MD denies that Elanie UcBamichael MD was a creditor of any of the Neighbor Debtor Entities.

10.   Elanie UcBamichael MD denies that it received any payment alleged in the Amended Complaint and Exhibit A to the Amended Complaint to have been made to Elanie UcBamichael MD.

11.   Elanie UcBamichael MD did not receive any payments or transfers from any of the debtor entities except for only NEC Port Arthur Emergency Center, LP.  Elanie UcBamichael MD denies that NEC Port Arthur Emergency Center, LP was insolvent on the dates of alleged transfers to Elanie UcBamichael MD.

### Response to Claims and Causes of Action

12.   Elanie UcBamichael MD denies the allegations of paragraphs 97 through 105 of the Complaint as they concern Elanie UcBamichael MD, and demands strict proof thereof.

13.   Elanie UcBamichael MD does not have knowledge about and is not able to either admit or deny the allegations of paragraphs 97 through 105 of the Complaint with respect to defendants other than Elanie UcBamichael MD.

**Facts Applicable to All of the Trustee's Theories**

14.   Elanie UcBamichael, MD did not receive any payments or transfers from any of the debtor entities except for NEC Port Arthur Emergency Center, L.P.

15.   NEC Port Arthur Emergency Center, L.P. was non insolvent on the dates of any of the alleged transfers.  NEC Port Arthur Emergency, LP's Financial Statements prove that NEC Port Arthur Emergency, LP was solvent through October 31, 2017.

16.   Elanie UcBamichael, MD invested $75,000.00 to purchase a 3% limited partnership interest in NEC Port Arthur Emergency Center, L.P.  The total of all payments received by Elanie UcBamichael, MD from NEC Port Arthur, LP is less than the amount which Elanie UcBamichael, MD paid to purchase its limited partnership interest.  The amount invested is value and reasonably equivalent value for the payments received.

17.   NEC Port Arthur Emergency Center, L.P. is a pass through entity for federal income taxes, and did not pay taxes on its income directly to the United States Treasury.  The federal income tax liability of NEC Port Arthur Emergency Center, L.P. was passed through to the limited partners in proportion to each partners' share of ownership of the limited partnership, and reported on K-1 statements to the individual partners.  The money paid by NEC Port Arthur Emergency Center, L.P. to its limited partners was for the purpose and in amounts to enable each partner to pay its share of the partnership's federal income tax liability.  The amounts paid to Elanie UcBamichael, MD were for that purpose, and Elanie UcBamichael, MD paid its share of the federal income tax liability the partnership to the United States Treasury with Elanie

UcBamichael, MD's federal income tax returns.  Payment by Elanie UcBamichael, MD of its

share of the federal income tax liability of NEC Port Arthur Emergency Center, L.P. is value and

reasonably equivalent value for the amounts received.

**Defenses to the Trustee's Claims for Alleged Receipt of Fraudulent Transfers
Under Bankruptcy Code Sections 548 and 550.**

18.   Elanie UcBamichael MD did not receive any payments or transfers from any of the

debtor entities except for NEC Port Arthur Emergency Center, L.P.

19.   NEC Port Arthur Emergency Center, L.P. did not make any payments or transfers to

Elanie UcBamichael MD with actual intent to hinder, delay, or defraud any entity to which NEC

Port Arthur Emergency Center, L.P was indebted.  Elanie UcBamichael MD is not liable to the

Trustee under 11 U.S.C. Section 548(a)(1)(A).

20.   On the dates of the alleged transfers, and at all relevant times, NEC Port Arthur

Emergency Center, LP was not insolvent, and did not become insolvent as a result of any

payments or transfers to Elanie UcBamichael MD.  Elanie UcBamichael MD is not liable to the

Trustee under 11 U.S.C. Section 548(a)(1)(B)(ii).

21.   NEC Port Arthur Emergency Center, LP received reasonably equivalent value in

exchange for any alleged transfer to Elanie UcBamichael MD.  Elanie UcBamichael MD

invested $75,000.00 to purchase 3 percent limited partnership interest in NEC Port Arthur

Emergency Center, LP, and the amount invested is greater than the amount of any and all

payments and transfers from NEC Port Arthur Emergency Center, LP to Elanie UcBamichael

MD.  In addition, Elanie UcBamichael, MD paid its proportionate share of federal income taxes

based upon income of NEC Port Arthur Emergency Center, L.P.  Elanie UcBamichael MD is not

liable to the Trustee under 11 U.S.C. Section 548(a)(1)(B)(i).

22.   Elanie UcBamichael MD gave value to NEC Port Arthur Emergency Center, LP in good faith and without knowledge that any alleged transfer to Elanie UcBamichael MD was made by NEC Port Arthur Emergency Center, LP with actual intent to hinder, delay or defraud any creditor.  Elanie UcBamichael MD invested $75,000.00 to purchase a 3 percent limited partnership interest in NEC Port Arthur Emergency Center, LP, and the amount invested is value from which NEC Port Arthur Emergency Center, LP benefited, and is more than the amount of all payments and transfers which Elanie UcBamichael MD received from NEC Port Arthur Emergency Center, LP.  In addition, Elanie UcBamichael, MD paid its proportionate share of federal income taxes based upon income of NEC Port Arthur Emergency Center, L.P.  The Trustee's claims against Elanie UcBamichael MD are barred by 11 U.S.C. Section 548(c) and Section 550(b).

23.   The Trustee's claims against Elanie UcBamichael MD under Bankruptcy Code Sections 548 and 550 are barred by the applicable statutes of limitations.  The transfers alleged to have been made to Elanie UcBamichael MD allegedly took place more than two years before the date on which the Debtors' petitions were filed, and The Trustee's claims against Elanie UcBamichael MD under Sections 548 and 550 of the Bankruptcy Code are barred by the two year statute of limitations of 11 U.S.C. 548(a)(1).

### Defenses to the Trustee's Claims for Alleged Receipt of Fraudulent Transfers Under Texas Business and Commerce Code Section 24.006

24.   Elanie UcBamichael MD did not receive any payments or transfers from any of the debtor entities except for NEC Port Arthur Emergency Center, L.P.

25.   Elanie UcBamichael MD did not receive any payments or transfers from NEC Port Arthur Emergency Center, L.P which were made with actual intent to hinder, delay or defraud its creditors.  There are no "Badges of Fraud" as set out in Tex. Bus. & Comm. Code Section

24.005(b).  No Badges of Fraud are alleged in the Complaint.  Elanie UcBamichael MD is not

liable to the Trustee under Tex. Bus. & Comm. Code § 24.005.

26.   On the dates of the alleged transfers, and at all relevant times, NEC Port Arthur

Emergency Center, LP was not insolvent, and did not become insolvent as a result of any

payments or transfers to Elanie UcBamichael MD.  Elanie UcBamichael MD is not liable to the

Trustee under Tex. Bus. & Comm. Code § 24.006(a).

27.   Elanie UcBamichael MD gave reasonably equivalent value for any transfers from

the Debtors.   Elanie UcBamichael MD invested $75,000.00 to purchase a 3 percent limited

partnership interest NEC Port Arthur Emergency Center LP.   Elanie UcBamichael MD's this

capital contribution is "value" as defined in Tex. Bus.  Comm. Code § 24.004(a) and is

"reasonably equivalent value" as defined in Tex. Bus. Comm. Code § 24.004(d).   Elanie

UcBamichael MD invested $75,000 to purchase its limited partner interest in NEC Port Arthur

Emergency Center LP in good faith, and any transfers made by NEC Port Arthur Emergency

Center LP to Elanie UcBamichael MD were in good faith for value, from which NEC Port

Arthur Emergency Center, LP benefited, and is more than the amount of all payments and

transfers which Elanie UcBamichael MD received from NEC Port Arthur Emergency Center,

LP.  In addition, Elanie UcBamichael, MD paid its proportionate share of federal income taxes

based upon income of NEC Port Arthur Emergency Center, L.P.  Elanie UcBamichael MD is not

liable to the Trustee under Tex. Bus.& Comm. Code § 24.009(a).

28.  The Trustee's claims against Elanie UcBamichael MD under Tex. Bus & Comm.

Code § 24.006(b) are barred by the statute of limitations.  For transfers to an insider which are

sought to be avoided under § 24.006 (b), the statute of limitations is one year after the transfer is

made.  Elanie UcBamichael MD did not receive any payments or transfers from NEC Port

Arthur Emergency Center LP, or any other debtor entity, within one year before the date of the Debtors' petitions and none are alleged to have been made in the Trustee's Complaint.

### COUNTER CLAIM

29.   The Trustee's claims against Elanie UcBamichael MD are without merit.  Elanie UcBamichael MD is entitled to recover its reasonable attorney's fees for defending this Complaint from the Trustee of the Unsecured Creditor Trust of Neighbors Legacy Holdings, Inc. and its Debtor Affiliates, pursuant to Tex. Bus. & Comm. Code § 24.013.  A reasonable attorney's fee for Elanie UcBamichael MD for the services of its attorneys is the sum of at least $30,000.

### PRAYER

Wherefore, premises considered, Elanie UcBamichael MD prays that the Trustee take nothing from Elanie UcBamichael MD, and that Elanie UcBamichael MD recover its costs and reasonable attorney's fees from the Plaintiff, the Trustee of the Unsecured Creditor Trust of Neighbors Legacy Holdings, Inc. and its Debtor Affiliates, and for such and further relief to which Elanie UcBamichael MD may show herself to be justly entitled.

Respectfully submitted,

ROSS, BANKS, MAY, CRON & CAVIN, P.C.

By:
John Mayer
Texas Bar Number 13274500
Southern District Number 502092
7700 San Felipe, Suite 550
Houston, Texas 77063
Phone 713-626-1200
Email jmayer@rossbanks.com
Attorney for Defendant
Elanie UcBamichael MD

Original Answer of Defendant Elanie UcBamichael MD – Page 8

## <u>CERTIFICATE OF SERVICE</u>

I certify that true copies of this answer were served upon the Trustee by email to the Trustee's attorney of record Clifford Walston of the law firm of Walston Bowlin, LLP, to email address cliff@walstonbowlin.com, and on all persons who have entered an appearance in this case electronically by means of the Court's CM/ECF System contemporaneously with filing.

I certify that true copies of this motion and proposed order were served upon the Trustee, the Trustee's attorney, and all of the Defendants by mailing same, properly addressed and postage prepaid, to the persons and parties whose names are set forth in the attached Mailing list.

This service was completed on June 30, 2020.

John Mayer

# MAILING LIST

Mark Shapiro, Trustee
of the Unsecured Creditor Trust
3500 Maple Avenue, Suite 420
Dallas, TX 75219

Michael D. Warner
Cole Scholtz P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Thomas Vo, aka Tom Vo
4531 Oleander St.
Bellaire, Texas 77401

ER Physicians Associates, PLLC
c/o Registered Agent Shannon Orsak
16062 Southwest Freeway #2
Sugar Land, Texas 77479

Pranav Shukla
1206 Doughty Place
Sugar Land, Texas 77479

Neighbors of the Permian Basin, LLC
c/o Registered Agent Vik Wall
18 Sapphire St.
Odessa, Texas 79762

Abarado & Do Family, LP
c/o Registered Agent California Rough
Do
7606 Hampden Court
Sugar Land, Texas 77479

Emtex Investments, LLC
c/o Registered Agent Judy Thomas
3001 Murworth Dr., Unit 1602
Houston, Texas 77025

Kenneth Direkly
1141 Rymers Switch Lane
Friendswood, Texas 77546

Emergence Holdings LLC
c/o Registered Agent Richard Joe
Ybarra
1902 Pease St., Suite A
Harlingen, TX 78550.

EDR Investments LLC
c/o Registered Agent Eric Roberson
315 Hughes Rd.
Dickinson, Texas 77539

Atiba Bell Medical Associated, PLLC
c/o Registered Agent Atiba Bell
22206 Mission Hills Lane
Katy, Texas 77450
lberto A. Gonzalez, MD
207 S. Bauer Point Circle
Spring, Texas 77389

Ekta Popat
1010 Reinhart Ave.
Sugar Land, TX 77479

Towards Infinity LLC
c/o Registered Agent Radheshyam
Miryala
3017 S. Island Dr.
Seabrook, Texas 77586

AB Physician Services LLC
c/o Registered Agent Antonio Bueso
750 Marlin Dr.
Abilene, Texas 79602

Ahmed F. Shaikh
2905 Amherst St.
ouston, Texas 77005

Roy Marrero
3709 Gertin Street
Houston, Texas 77004

Spring Pasadena Investments, LLC
c/o Registered Agent Long Le
3411 Summer Bay Dr.
Sugar Land, Texas 77478

William Appiah
1906 Mystic Arbor Lane
Houston, Texas 77077

Applied Enhancements, PLLC
c/o Registered Agent Manohar M.
Alloju
14340 Torrey Chase Blvd., Suite 110
Houston, Texas 77014

Fillory Holdings, LLC
c/o Registered Agent Lance Hill
1013 Greenwood Lane
Lewisville, Texas 75067

Defendant Thanh Cheng
4219 Killian Court
Missouri City, Texas 77459

Andrew O. Okafor, M.D. P.A.
12210 Ashley Circle Dr., West
Houston, Texas 77071

Roger Starner Jones, Jr.
2405 Barton Shore Dr.
Pearland, Texas 77584

Manuel Acosta, PLLC
c/o Registered Agent Manuel E.
Rodriguez Acosta
3131 Memorial Court, #8104
Houston, Texas 77007

Isaac Freeborn
6703 Winston St.
Houston, Texas 77021

Addison HN Vo Investments LLC
c/o Registered Agent Phuc Hong Vo
3537 High Vista Dr.
Carrollton, Texas 75007

James Locke, MD
2457 Baycrest Dr.
Houston, Texas 77058

Megadodo LLC
c/o Registered Agent Jason Gukhool
4141 Lovers Lane
Dickinson, Texas 77539

Dien Bui MD
2466 Beacon Circle
League City, TX 77573

Catniaj PLLC
c/o Registered Agent Nia Johnson
4438 South MacGregor Way
Houston, Texas 77021

Nia Johnson
4438 South MacGregor Way
Houston, Texas 77021

Obidike R. Akahara MD PA
c/o 7638 Westmoreland Dr.
Sugar Land, TX 77479

Wisestaff, LLC
c/o Registered Agent Incorp Services,
Inc.
815 Brazos, Suite 500
Austin, Texas 78701

Teamus Investments, LTD
c/o Registered Agent Steven Downie
705 Randolph Circle
Beaumont, Texas 77706

Hazel Cebrun
2907 Chartres Street
Houston, Texas 77004

LBN Medical Care, PLLC
c/o Registered Agent Lieu B Ngo
12803 Brook Arbor Court
Pearland, Texas 77584

Darul Sehat, PA
1914 West Gray Street, Unit 105
Houston, Texas 77019

Defendant Bankymed Emergency
Management, LLC
c/o Registered Agent Olushola Bankole
14815 Lisa Lane
Beaumont, Texas 77713

Upclick Ventures, LLC
1119 Woodbank Dr.
Seabrook, Texas 77486

David C. Herrera, MD
4624 Pin Oak Lane
Bellaire, TX 77401

Ali Osman
3390 Heights Avenue
Beaumont, Texas 77706

# MAILING LIST

Ivan Melendez
3304 N. Bryan Road
Mission, Texas 78573

Baqir Holdings, PLLC
c/o Registered Agent Ahmed F. Shaikh
2905 Amherst Street
Houston, Texas 77005

Robert Wright, DO
3544 Kanati Cove
Collage Station, Texas 77845

Jeffery P. Reboul, DO
6550 Truxton Ln.
Beaumont, Texas 77706

James M. Piccione, MD, PLLC
c/o Registered Agent James M. Piccione
5930 Juniper Bluff Court
Kingwood, Texas 77345

KA Hott PLLC
c/o Registered Agent Kim Hott
4400 College Park Dr., Suite 1011
The Woodlands, Texas 77384

Stuart R. Quartermont, MD
4801 Appel Valley Ct.
College Station, Texas 77845

C. Guadarrama PLLC
c/o Registered Agent Christopher
Guadarrama
1255 Carrizo Lane
Brownsville, Texas 78520

Omotola O. Jaiyebo
3726 Treasure Island Dr.
Montgomery, Texas 77356

Elanie Ucbamichael, MD
3195 Dowlen Rd., Suite 101
Beaumont, Texas 77706

Edgar Hernandez, MD
2601 Santa Monica
Mission, Texas 78572

Haywood Hall
220 n. Zapata Hwy, #228A
Laredo, Texas 78043

Jorge Javier Escobar Jr., MD PA
204 Rancho Del Rey
Mission, Texas 78572

Donald Hubbard, MD PA
1710 S. Polk St.
Amarillo, Texas 79102

Thomas M. Mercado, MD PLLC
c/o Registered Agent Rebel Inez
Mercado
3502 Kensington Pl.
Amarillo, Texas 79121

Jorge Barajas, MD PA
3005 Laurie Ln.
Edinburg, Texas 78539

Aiman A. Shokr, MD
109 Banks Drive
Amarillo, Texas 79124

Michael Mohun
1000 North 8th Street
McAllen, Texas 78501

Peter Shelby Evans, MD
11431 Lakeside Place Dr.
Houston, Texas 77077

David Haacke
2001 Bob Whie Trail
Amarillo, Texas 79124

Isabel Reyna MD
2210 Northgate Drive
Weslaco, Texas 78599

Jason Yost
5407 Rolling Hills
Texarkana, Texas 75503

Haynes Emergency Medicine, PA
c/o Registered Agent Philip A. Haynes
604 Hidden Pine Lane
Friendswood, Texas 77546

Maria Aguinaga, MD PA
701 Jay Ave.
McAllen, Texas 78504

Darin Ashbrooks
100 Oak Meadow Ln.
Texarkana, Texas 75503

Shawna Labert Pitt
1256 Moore Road
Beaumont, Texas 77713

Defendant Candanosa MD PA
2307 Victoria Ave.
Edinburg, TX 78539

JMZ PLLC
c/o Registered Agent United States
Corporation Agents, Inc.
9900 Spectrum Drive
Austin, Texas 78717

Haman Healthcare Group, LLP
1474 W. Price Rd., Suite 7
Brownsville, Texas 78520

Shannon Spigener PLLC
c/o Registered Agent Michelle Tribble
1801 E. 51st St., Building H
Austin, Texas 78723

Olga Langly
3205 South 6th Lane
McAllen, Texas 78503

Clint Carter, MD PA
4048 Charleston Park
Tyler, Texas 75701

Don Harper
810 N. Louise St.,
Atlanta, Texas 75551

SDR Healthcare Inc
c/o Registered Agent Dr. Jason
Seungdamrong
3000 Blackburn St., Apt 2311
Dallas, Texas 75204

Ucbamichael Holdings LTD
c/o Registered Agent Elaine
Ucbamichael
2500 N. Houston St., Apt 2712
Dallas, Texas 75219

Ucbamichael Holdings Management,
LLC
c/o Registered Agent Elaine
Ucbamichael
2500 N. Houston St., Apt 2712
Dallas, Texas 75219

Salvador Elizarraraz, Jr., MD PA
2001 Fullerton Ave.
McAllen, Texas 78504