Mark Shapiro, Trustee
of the Unsecured Creditor Trust
3500 Maple Avenue, Suite 420
Dallas TX 75219

Towards Infinity LLC
c/o RA Radheshyam Miryala
3017 S. Island Dr.
Seabrook TX 77586

James Locke, MD
2457 Baycrest Dr.
Houston TX 77058

Michael D. Warner
Cole Scholtz P.C.
301 Commerce St, Suite 1700
Fort Worth TX 76102

AB Physician Services, LLC
c/o RA Antonio Bueso
750 Marlin Dr.
Abilene TX 79602

Megadodo LLC
c/o RA Jason Gukhool
4141 Lovers Lane
Dickinson TX 77539

Thomas Vo, aka Tom Vo
4531 Oleander St.
Bellaire TX 77401

Ahmed F. Shaikh
2905 Amherst St.
Houston TX 77005

Dien Bui MD
2466 Beacon Circle
League City TX 77573

ER Physicians Associates, PLLC
c/o Registered Agent Shannon Orsak
16062 Southwest Freeway #2
Sugar Land TX 77479

Roy Marrero
3709 Gertin Street
Houston TX 77004

Catniaj PLLC
c/o Registered Agent Nia Johnson
4438 South MacGregor Way
Houston TX 77021

Pranav Shukla
1206 Doughty Place
Sugar Land TX 77479

Spring Pasadena Investments LLC
c/o Registered Agent Long Le
3411 Summer Bay Dr
Sugar Land TX 77478

Nia Johnson
4438 South MacGregor Way
Houston TX 77021

Neighbors of the Permian Basin LLC
c/o Registered Agent Vik Wall
18 Sapphire St
Odessa TX 79762

William Appiah
1906 Mystic Arbor Lane
Houston TX 77077

Obidike R. Akahara MD PA
7638 Westermoreland Dr
Sugar Land TX 77479

Abarado & Do Family LP
c/o RA California Rough Do
7606 Hampden Ct.
Sugar Land TX 77479

Applied Enhancements PLLC
c/o RA Manohar M. Alloju
14340 Torrey Chase Blvd, Suite 110
Houston TX 77014

Wisestaff LLC
c/o RA Incorp Services, Inc.
815 Brazos, Suite 500
Austin TX 78701

Emtex Investments, LLC
c/o Judy Thomas
3001 Murworth Dr., Unit 1602
Houston TX 77025

Fillory Holdings, LLC
c/o RA Lance Hill
1013 Greenwood Lane
Lewisville TX 75067

Teamus Investments LTD
c/o RA Steven Downie
705 Randolph Circle
Beaumont TX 77706

Kenneth Direkly
1141 Rymers Switch Lane
Friendswood TX 77546

Thanh Cheng
4219 Killian Court
Missouri City TX 77459

Hazel Cebrun
2907 Chartres St.
Houston TX 77004

Emergence Holdings, LLC
c/o RA Richard Joe Ybarra
1902 Pease St, Suite A
Harlingen TX 78550

Andrew O Okafor, MD PA
12210 Ashley Circle Dr. West
Houston TX 77071

LBN Medical Care, PLLC
c/o RA Lieu B Ngo
12803 Brook Arbor Court
Pearland TX 77584

EDR Investments LLC
c/o RA Eric Robertson
315 Hughes Rd
Dickinson TX 77539

Roger Starner Jones, Jr.
2405 Barton Shore Dr.
Pearland TX 77584

Darul Sehat PA
1914 West Gray Street, Unit 105
Houston TX 77019

Atiba Bell Medical Associated PLLC
c/o RA Atiba Bell
22206 Mission Hills Lane
Katy TX 77450

Manuel Acosta PLLC
c/o RA Manuel E Rodriguez Acosta
3131 Memorial Court #8104
Houston TX 77007

Bankymed Emergency Management
c/o Olushola Bankole
14815 Lisa Lane
Beaumont TX 77713

Aberto A. Gonzalez, MD
207 S Bauer Point Circle
Spring TX 77389

Isaac Freeborn
6703 Winston St.
Houston TX 77021

Upclick Ventures LLC
1119 Woodbank Dr.
Seabrook TX 77486

Ekta Popat
1010 Reinhart Ave
Sugar Land TX 77479

Addison HN VO Investments LLC
c/o RA Phuc Hong Vo
3537 High Vista Dr
Carrollton TX 75007

David C. Herrera MD
4624 Pin Oak Lane
Bellaire TX 77401

Ivan Melendez
3304 N. Bryan Road
Mission TX 78573

Jorge Barajas MD PA
3005 Laurie Lane
Edinburg TX 78539

Ali Osman
3390 Heights Ave.
Beaumont TX 77706

Baqir Holdings PLLC
c/o RA Ahmed F. Shaikh
2905 Amherst ST
Houston TX 77005

Aiman A. Shokr MD
109 Banks Dr
Amarillo TX 79124

Don Harper
810 N. Louise St
Atlanta TX 75551

Robert Wright DO
3544 Kanati Cove
College Station TX 77845

Michael Mohun
1000 North 8th St.
McAllen TX 78501

SDR Healthcare Inc.
C/O RA Dr. Jason Seungdamrong
3000 Blackburn St., Apt 2311
Dallas TX 75204

Jeffrey P. Reboul DO
6550 Truxton Lane
Beaumont TX 77706

Peter Shelby Evans MD
11431 Lakeside Place Dr.
Houston TX 77077

Ucbamichael Holdings Ltd
c/o RA Elaine Ucbamichael
2500 N. Houston St. Apt 2712
Dallas TX 75219

James M. Piccione MD PLLC
c/o RA James M. Piccione
5930 Juniper Bluff Court
Kingwood TX 77345

David Haacke
2001 Bob White Trail
Amarillo TX 79124

Ucbamichael Holdings Management
c/o RA Elaine Ucbamichael
2500 N. Houston St. Apt 2712
Dallas TX 75219

KA Hott PLLC
c/o RA Kim Hott
4400 College Park Dr, Suite 1011
The Woodlands TX 77384

Isabel Reyna MD
2210 Northgate Drive
Weslaco TX 78599

Salvador Elizarraraz, Jr. MD PA
2001 Fullerton Ave
McAllen TX 78504

| | | |
|---|---|---|
| Stuart R. Quartermont MD<br>4801 Appel Valley Ct<br>College Station TX 77845 | Jason Yost<br>5407 Rolling Hills<br>Texarkana TX 75503 | C. Guadarrama PLLC<br>c/o RA Christopher Guadarrama<br>1255 Carrizo Lane<br>Brownsville TX 78250 |
| Haynes Emergency Medicine PA<br>c/o RA Phillip A. Haynes<br>604 Hidden Pine Lane<br>Friendswood TX 77546 | Omotola O. Jaiyebo<br>3726 Treasure Island Dr.<br>Montgomery TX 77356 | Maria Aguinaga MD PA<br>701 Jay Ave<br>McAllen TX 78504 |
| Darin Ashbrooks<br>100 Oak Meadow Lane<br>Texarkana TX 75503 | Elaine Ucbamichael, MD<br>3195 Dowlen Road, Suite 101<br>Beaumont TX 77706 | Shawna Labert Pitt<br>1256 Moore Road<br>Beaumont TX 77713 |
| Edgar Hernandez MD<br>2601 Santa Monica<br>Mission TX 78572 | Candanosa MD PA<br>2307 Victoria Ave<br>Edinburg TX 78539 | Haywood Hall<br>220 N. Zapata Hwy. #228A<br>Laredo TX 78043 |
| JMZ PLLC<br>c/o RA US Corporation Agents, Inc.<br>9900 Spectrum Drive<br>Austin TX 78717 | Jorge Javier Escobar, Jr, MD PA<br>204 Rancho Del Ray<br>Mission TX 78572 | Haman Healthcare Group LLP<br>1474 W. Price Rd, Suite 7<br>Brownsville TX 78520 |
| Donald Hubbard MD PA<br>1710 S Polk Street<br>Amarillo TX 79102 | Shannon Spigener PLLC<br>c/o RA Michelle Tribble<br>1801 E 51st St. Building H<br>Austin TX 78723 | Thomas M. Mercado MD PLLC<br>c/o RA Rebel Inez Mercado<br>3502 Kensington Pl<br>Amarillo TX 79121 |
| Olga Langly<br>3205 South 6th Lane<br>McAllen TX 78503 | John S Mayer<br>Ross Banks May Cron & Cavin, PC<br>7700 San Felipe<br>Ste 550<br>Houston, TX 77063 | Billy Cleo Littlejohn<br>3408 Locke Ln<br>Houston, TX 77027 |
| Clifford Hugh Walston<br>Walston Bowlin, LLP<br>4299 San Felipe Street<br>Suite 300<br>Houston, TX 77027 | | |