IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| NEIGHBORS LEGACY HOLDINGS, INC. § | CASE NO. 18-33836-H1-11 | |
| XXX-XX-2791 § | CHAPTER 11 | |
| DEBTOR § | | |
| § | | |
| § | | |
| MARK SHAPIRO, TRUSTEE § | | |
| OF THE UNSECURED CREDITOR § | | |
| TRUST OF NEIGHBORS LEGACY § | | |
| HOLDINGS, INC. AND ITS DEBTOR § | | |
| AFFILIATES § | | |
| § | | |
| PLAINTIFF § | ADVERSARY PROCEEDING | |
| § | NO. 20-03016 | |
| vs. § | | |
| § | | |
| CLINT CARTER, MD PA, ET AL § | | |
| DEFENDANTS § | | |

**ORDER ON THE MOTION TO DISMISS FOR IMPROPER JOINDER
OF MULTIPLE DEFENDANTS OR IN THE ALTERNATIVE SEVER THE TRUSTEE'S
CLAIMS AGAINST CLINT CARTER, M.D., P.A.**

On this date came on for consideration by the court the Motion to Dismiss for Improper Joinder of Multiple Defendants, or in the Alternative to Sever the Trustee's Claims Against Clint Carter, M.D., P.A., (the "Motion") filed by Clint Carter, M.D., P.A. (the "Movant"). The Court, having considered the Motion and responses to Motion, if any, is of the opinion that good cause exists for entry of the following Order:

_____   The Motion is Granted and the Trustee's Amended Complaint is dismissed without Prejudice.

_____   The Trustee's claims against Defendant Clint Carter, M.D., P.A., are severed and a separate trial is ordered of such claims.