In the United States Bankruptcy Court
For the Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED
July 15, 2020
David J. Bradley, Clerk of Court

| In re: | § | Case No. 18-33836-H1-11 |
|---|---|---|
| Neighbors Legacy Holdings, Inc., et al. | § § § | Chapter 11 Jointly Administered |
| Debtors | § | |
| Mark Shapiro, Trustee Plaintiff | § § § | |
| v. | § § | Adv. No. 20-03016 |
| Tom Vo, et al. Defendants | § § § | |

**ORIGINAL ANSWER OF DEFENDANT SPRING PASADENA INVESTMENTS, LLC**

TO THE HONORABLE MARVIN ISGUR UNITED STATES BANKRUPTCY JUDGE:

Comes now, SPRING PASADENA INVESTMENTS, LLC ("Defendant Spring Pasadena Investments"), one of the Defendants in the above numbered and titled Adversary Proceeding, and for answer to the Plaintiff's First Amended Complaint (doc 4 Case 20-03016, the "Complaint") filed by Mark Shapiro, Trustee of the Unsecured Creditor Trust of Neighbors Legacy Holdings, Inc. and its Debtor Affiliates (the "Trustee"), Defendant Spring Pasadena Investments respectfully represents:

**Response to Jurisdiction and Venue**

1. Defendant Spring Pasadena Investments admits paragraphs 1 through 6 of the Complaint and agrees that this Court has jurisdiction and venue to consider the Complaint as to Defendant Spring Pasadena Investments. Defendant Spring Pasadena Investments consents to the entry of final orders or judgment by this honorable Court pursuant to BLR 7008-1 and 7012-1.

Defendant Spring Pasadena Investments does not know whether the Court has jurisdiction or venue to consider the Complaint as to Defendants other than Defendant Spring Pasadena Investments.

### Response to Parties

2. Defendant Spring Pasadena Investments admits the allegation of paragraph 7 of the Complaint that the Plaintiff, Mark Shapiro, is the Trustee of the Unsecured Creditor Trust (the "Trust") of Neighbors Legacy Holdings, Inc., and its affiliates (the "Debtors").

3. Defendant Spring Pasadena Investments admits the allegations of paragraph 19 of the Complaint.

4. Defendant Spring Pasadena Investments does not have knowledge about and is not able to either admit or deny the allegations of paragraphs 8 through 18 and 20 through 86 of the Complaint. Defendant Spring Pasadena Investments does not know the correct names and identity of the other defendants named in the Complaint.

### Response to Background Facts

5. Defendant Spring Pasadena Investments does not have knowledge about and is not able to either admit or deny the allegations of paragraphs 87 through 91 of the Complaint concerning the bankruptcy cases of the Neighbors Debtor Entities, the Chapter 11 Plan, or the creation of the Unsecured Creditor Trust.

### Neighbors Emergency Centers Alleged Transfers to Defendants

6. Defendant Spring Pasadena Investments denies the allegations of paragraphs 92 through 96 of the Complaint and demands strict proof thereof.

7. Defendant Spring Pasadena Investments denies that Defendant Spring Pasadena Investments ever made any loans to the Neighbor Debtor Entities (as that term is defined in the Complaint).

8. Defendant Spring Pasadena Investments denies that Defendant Spring Pasadena Investments was a creditor of any of the Neighbor Debtor Entities.

9. Defendant Spring Pasadena Investments denies that it received any payment, alleged in the Amended Complaint and Exhibit A to the Amended Complaint, that were made while there was bankruptcy or insolvency, and requires strict proof thereof.

10. Defendant Spring Pasadena Investments did not receive any payments or transfers from any of the debtor entities except for only NHS Emergency Services, LLC. Defendant Spring Pasadena Investments denies that NHS Emergency Services, LLC was insolvent on the dates of alleged transfers to Defendant Spring Pasadena Investments.

### Response to Claims and Causes of Action

11. Defendant Spring Pasadena Investments denies the allegations of paragraphs 97 through 105 of the Complaint as they concern Defendant Spring Pasadena Investments and demands strict proof thereof.

12. Defendant Spring Pasadena Investments does not have knowledge about and is not able to either admit or deny the allegations of paragraphs 97 through 105 of the Complaint with respect to defendants other than Defendant Spring Pasadena Investments.

### Facts Applicable to All of the Trustee's Theories

13. Defendant Spring Pasadena Investments did not receive any payments or transfers from any of the debtor entities except for NHS Emergency Services Center, LLC.

14. NHS Emergency Services Center, LLC was non insolvent on the dates of any of the alleged transfers and its Financial Statements prove it was solvent through October 31, 2017.

15. NHS Emergency Services, LLC is a pass through entity for federal income taxes, and did not pay taxes on its income directly to the United States Treasury. The federal income tax liability of NHS Emergency Services, LLC was passed through to the limited partners in

proportion to each partners' share of ownership of the limited partnership, and reported on K-1 statements to the individual partners. The money paid by NHS Emergency Services, LLC to its limited partners was for the purpose and in amounts to enable each partner to pay its share of the partnership's federal income tax liability. The amounts paid to Defendant Spring Pasadena Investments were for that purpose, and Defendant Spring Pasadena Investments paid its share of the federal income tax liability to the United States Treasury with Defendant Spring Pasadena Investments's federal income tax returns. Payment by Defendant Spring Pasadena Investments of its share of the federal income tax liability of NHS Emergency Services, LLC is value and reasonably equivalent value for the amounts received.

## Defenses to the Trustee's Claims for Alleged Receipt of Fraudulent Transfers Under Bankruptcy Code Sections 548 and 550

16. NHS Emergency Services Center, LLC, is not believed to have made any payments or transfers to Defendant Spring Pasadena Investments with actual intent to hinder, delay, or defraud any entity to which NHS Emergency Services, LLC was indebted. Defendant Spring Pasadena Investments is not liable to the Trustee under 11 U.S.C. Section 548(a)(1)(A).

17. On the dates of the alleged transfers, and at all relevant times, NHS Emergency Services Center, LLC was not insolvent, and did not become insolvent as a result of any payments or transfers to Defendant Spring Pasadena Investments. Defendant Spring Pasadena Investments is not liable to the Trustee under 11 U.S.C. Section 548(a)(1)(B)(ii).

18. NHS Emergency Services Center, LLC received reasonably equivalent value in exchange for any alleged transfer to Defendant Spring Pasadena Investments. Defendant Spring Pasadena Investments is not liable to the Trustee under 11 U.S.C. Section 548(a)(1)(B)(i).

19. Defendant Spring Pasadena Investments gave value to NHS Emergency Services Center, LLC in good faith and without knowledge that any alleged transfer to Defendant Spring Pasadena Investments was made by NHS Emergency Services Center, LLC with actual intent to

hinder, delay or defraud any creditor. Defendant Spring Pasadena Investments's value from which NHS Emergency Services Center, LLC benefited, and is equal to or more than the amount of all payments and transfers which Defendant Spring Pasadena Investments received from NHS Emergency Services Center, LLC. In addition, Defendant Spring Pasadena Investments paid its proportionate share of federal income taxes. The Trustee's claims against Defendant Spring Pasadena Investments are barred by 11 U.S.C. Section 548(c) and Section 550(b).

20. The Trustee's claims against Defendant Spring Pasadena Investments under Bankruptcy Code Sections 548 and 550 are barred by the applicable statutes of limitations. The transfers alleged to have been made to Defendant Spring Pasadena Investments allegedly took place more than two years before the date on which the Debtors' petitions were filed, and The Trustee's claims against Defendant Spring Pasadena Investments under Sections 548 and 550 of the Bankruptcy Code are barred by the two year statute of limitations of 11 U.S.C. 548(a)(1).

<b>Defenses to the Trustee's Claims for Alleged Receipt of Fraudulent<br>Transfers Under Texas Business and Commerce Code Section 24.006</b>

21. Defendant Spring Pasadena Investments did not receive any payments or transfers from any of the debtor entities except for NHS Emergency Services, LLC.

22. Defendant Spring Pasadena Investments did not receive any payments or transfers from NHS Emergency Services, LLC which were made with actual intent to hinder, delay or defraud its creditors. There are no "Badges of Fraud" as set out in Tex. Bus. & Comm. Code Section 24.005(b). No Badges of Fraud are alleged in the Complaint. Defendant Spring Pasadena Investments is not liable to the Trustee under Tex. Bus. & Comm. Code § 24.005.

23. On the dates of the alleged transfers, and at all relevant times, NHS Emergency Services Center, LLC was not insolvent, and did not become insolvent as a result of any payments or transfers to Defendant Spring Pasadena Investments. Defendant Spring Pasadena Investments is not liable to the Trustee under Tex. Bus. & Comm. Code § 24.006(a).

24. Defendant Spring Pasadena Investments gave reasonably equivalent value for any transfers from the Debtors. Any transfer to Defendant Spring Pasadena Investments was in good faith for value, from which NHS Emergency Services Center, LLC benefited, and is more than the amount of all payments and transfers which Defendant Spring Pasadena Investments received from NHS Emergency Services Center, LLC. In addition, Defendant Spring Pasadena Investments paid its share of federal income taxes. Defendant Spring Pasadena Investments is not liable to the Trustee under Tex. Bus.& Comm. Code § 24.009(a).

25. The Trustee's claims against Defendant Spring Pasadena Investments under Tex. Bus & Comm. Code § 24.006(b) are barred by the statute of limitations. For transfers to an insider which are sought to be avoided under § 24.006 (b), the statute of limitations is one year after the transfer is made. Defendant Spring Pasadena Investments did not receive any payments or transfers from NHS Emergency Services, LLC, or any other debtor entity, within one year before the date of the Debtors' petitions and none are alleged to have been made in the Trustee's Complaint.

## COUNTER CLAIM

26. The Trustee's claims against Defendant Spring Pasadena Investments are not merited. Defendant Spring Pasadena Investments is entitled to recover incurred reasonable attorney's fees for defending this Complaint from the Plaintiff, the Trustee of the Unsecured Creditor Trust of Neighbors Legacy Holdings, Inc. and its Debtor Affiliates, pursuant to Tex. Bus. & Comm. Code § 24.013. A reasonable attorney's fee for Defendant Spring Pasadena Investments for the services of its attorneys is the sum of at least $30,000.00.

## PRAYER

Wherefore, premises considered, Defendant Spring Pasadena Investments, LLC prays that the Trustee take nothing from Defendant Spring Pasadena Investments, and that Defendant Spring

Pasadena Investments recover its costs and reasonable attorney's fees from the Plaintiff, the Trustee of the Unsecured Creditor Trust of Neighbors Legacy Holdings, Inc. and its Debtor Affiliates, and for such and further relief to which Defendant Spring Pasadena Investments may show itself to be justly entitled.

Respectfully submitted,

WEST, WEBB, ALLBRITTON & GENTRY, P.C.
1515 Emerald Plaza
College Station, Texas 77845-1515
Telephone: (979) 694-7000
Facsimile: (979) 694-8000

By: _____
ROY D. BRANTLEY
State Bar No. 02899740
S.D. Tex. Bar No. 9908
E-Mail: roy.brantley@westwebblaw.com

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization
American Board of Trial Advocates

**ATTORNEY FOR DEFENDANT
DR. SPRING PASADENA
INVESTMENTS, LLC**

**CERTIFICATE OF SERVICE**

    I certify that true copies of this answer were served upon the Trustee by email to the Trustee's attorney of record Clifford Walston of the law firm of Walston Bowlin, LLP, to email address cliff@walstonbowlin.com, and on all persons who have entered an appearance in this case electronically by means of the Court's CM/ECF System contemporaneously with filing.

    I certify that true copies of this motion and proposed order were served upon the Trustee, the Trustee's attorney, and all of the Defendants by mailing same, properly addressed and postage prepaid, to the persons and parties whose names are set forth in the attached Mailing list.

This service was completed on the 14th day of July, 2020.

_____
ROY D. BRANTLEY

## MAILING LIST

Mark Shapiro, Trustee
of the Unsecured Creditor Trust
3500 Maple Avenue, Suite 420
Dallas, TX 75219

Michael D. Warner
Cole Scholtz P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Thomas Vo, aka Tom Vo
4531 Oleander St.
Bellaire, Texas 77401

ER Physicians Associates, PLLC
c/o Registered Agent Shannon Orsak
16062 Southwest Freeway #2
Sugar Land, Texas 77479

Pranav Shukla
1206 Doughty Place
Sugar Land, Texas 77479

Neighbors of the Permian Basin, LLC
c/o Registered Agent Vik Wall
18 Sapphire St.
Odessa, Texas 79762

Abarado & Do Family, LP
c/o Registered Agent California Rough Do
7606 Hampden Court
Sugar Land, Texas 77479

Emtex Investments, LLC
c/o Registered Agent Judy Thomas
3001 Murworth Dr., Unit 1602
Houston, Texas 77025

Kenneth Direkly
1141 Rymers Switch Lane
Friendswood, Texas 77546

Emergence Holdings LLC
c/o Registered Agent Richard Joe Ybarra
1902 Pease St., Suite A
Harlingen, TX 78550.

EDR Investments LLC
c/o Registered Agent Eric Roberson
315 Hughes Rd.
Dickinson, Texas 77539

Atiba Bell Medical Associated, PLLC
c/o Registered Agent Atiba Bell
22206 Mission Hills Lane
Katy, Texas 77450
lberto A. Gonzalez, MD
207 S. Bauer Point Circle
Spring, Texas 77389

Ekta Popat
1010 Reinhart Ave.
Sugar Land, TX 77479

Towards Infinity LLC
c/o Registered Agent Radheshyam Miryala
3017 S. Island Dr.
Seabrook, Texas 77586

AB Physician Services LLC
c/o Registered Agent Antonio Bueso
750 Marlin Dr.
Abilene, Texas 79602

Ahmed F. Shaikh
2905 Amherst St.
ouston, Texas 77005

Roy Marrero
3709 Gertin Street
Houston, Texas 77004

Spring Pasadena Investments, LLC
c/o Registered Agent Long Le
3411 Summer Bay Dr.
Sugar Land, Texas 77478

William Appiah
1906 Mystic Arbor Lane
Houston, Texas 77077

Applied Enhancements, PLLC
c/o Registered Agent Manohar M. Alloju
14340 Torrey Chase Blvd., Suite 110
Houston, Texas 77014

Fillory Holdings, LLC
c/o Registered Agent Lance Hill
1013 Greenwood Lane
Lewisville, Texas 75067

Defendant Thanh Cheng
4219 Killian Court
Missouri City, Texas 77459

Andrew O. Okafor, M.D. P.A.
12210 Ashley Circle Dr., West
Houston, Texas 77071

Roger Starner Jones, Jr.
2405 Barton Shore Dr.
Pearland, Texas 77584

Manuel Acosta, PLLC
c/o Registered Agent Manuel E. Rodriguez Acosta
3131 Memorial Court, #8104
Houston, Texas 77007

Isaac Freeborn
6703 Winston St.
Houston, Texas 77021

Addison HN Vo Investments LLC
c/o Registered Agent Phuc Hong Vo
3537 High Vista Dr.
Carrollton, Texas 75007

James Locke, MD
2457 Baycrest Dr.
Houston, Texas 77058

Megadodo LLC
c/o Registered Agent Jason Gukhool
4141 Lovers Lane
Dickinson, Texas 77539

Dien Bui MD
2466 Beacon Circle
League City, TX 77573

Catniaj PLLC
c/o Registered Agent Nia Johnson
4438 South MacGregor Way
Houston, Texas 77021

Nia Johnson
4438 South MacGregor Way
Houston, Texas 77021

Obidike R. Akahara MD PA
c/o 7638 Westmoreland Dr.
Sugar Land, TX 77479

Wisestaff, LLC
c/o Registered Agent Incorp Services, Inc.
815 Brazos, Suite 500
Austin, Texas 78701

Teamus Investments, LTD
c/o Registered Agent Steven Downie
705 Randolph Circle
Beaumont, Texas 77706

Hazel Cebrun
2907 Chartres Street
Houston, Texas 77004

LBN Medical Care, PLLC
c/o Registered Agent Lieu B Ngo
12803 Brook Arbor Court
Pearland, Texas 77584

Darul Sehat, PA
1914 West Gray Street, Unit 105
Houston, Texas 77019

Defendant Bankymed Emergency Management, LLC
c/o Registered Agent Olushola Bankole
14815 Lisa Lane
Beaumont, Texas 77713

Upclick Ventures, LLC
1119 Woodbank Dr.
Seabrook, Texas 77486

David C. Herrera, MD
4624 Pin Oak Lane
Bellaire, TX 77401

Ali Osman
3390 Heights Avenue
Beaumont, Texas 77706

## MAILING LIST

Ivan Melendez
3304 N. Bryan Road
Mission, Texas 78573

Baqir Holdings, PLLC
c/o Registered Agent Ahmed F. Shaikh
2905 Amherst Street
Houston, Texas 77005

Robert Wright, DO
3544 Kanati Cove
Collage Station, Texas 77845

Jeffery P. Reboul, DO
6550 Truxton Ln.
Beaumont, Texas 77706

James M. Piccione, MD, PLLC
c/o Registered Agent James M. Piccione
5930 Juniper Bluff Court
Kingwood, Texas 77345

KA Hott PLLC
c/o Registered Agent Kim Hott
4400 College Park Dr., Suite 1011
The Woodlands, Texas 77384

Stuart R. Quartermont, MD
4801 Appel Valley Ct.
College Station, Texas 77845

C. Guadarrama PLLC
c/o Registered Agent Christopher Guadarrama
1255 Carrizo Lane
Brownsville, Texas 78520

Omotola O. Jaiyebo
3726 Treasure Island Dr.
Montgomery, Texas 77356

Elanie Ucbamichael, MD
3195 Dowlen Rd., Suite 101
Beaumont, Texas 77706

Edgar Hernandez, MD
2601 Santa Monica
Mission, Texas 78572

Haywood Hall
220 n. Zapata Hwy, #228A
Laredo, Texas 78043

Jorge Javier Escobar Jr., MD PA
204 Rancho Del Rey
Mission, Texas 78572

Donald Hubbard, MD PA
1710 S. Polk St.
Amarillo, Texas 79102

Thomas M. Mercado, MD PLLC
c/o Registered Agent Rebel Inez Mercado
3502 Kensington Pl.
Amarillo, Texas 79121

Jorge Barajas, MD PA
3005 Laurie Ln.
Edinburg, Texas 78539

Aiman A. Shokr, MD
109 Banks Drive
Amarillo, Texas 79124

Michael Mohun
1000 North 8th Street
McAllen, Texas 78501

Peter Shelby Evans, MD
11431 Lakeside Place Dr.
Houston, Texas 77077

David Haacke
2001 Bob Whie Trail
Amarillo, Texas 79124

Isabel Reyna MD
2210 Northgate Drive
Weslaco, Texas 78599

Jason Yost
5407 Rolling Hills
Texarkana, Texas 75503

Haynes Emergency Medicine, PA
c/o Registered Agent Philip A. Haynes
604 Hidden Pine Lane
Friendswood, Texas 77546

Maria Aguinaga, MD PA
701 Jay Ave.
McAllen, Texas 78504

Darin Ashbrooks
100 Oak Meadow Ln.
Texarkana, Texas 75503

Shawna Labert Pitt
1256 Moore Road
Beaumont, Texas 77713

Defendant Candanosa MD PA
2307 Victoria Ave.
Edinburg, TX 78539

JMZ PLLC
c/o Registered Agent United States Corporation Agents, Inc.
9900 Spectrum Drive
Austin, Texas 78717

Haman Healthcare Group, LLP
1474 W. Price Rd., Suite 7
Brownsville, Texas 78520

Shannon Spigener PLLC
c/o Registered Agent Michelle Tribble
1801 E. 51st St., Building H
Austin, Texas 78723

Olga Langly
3205 South 6th Lane
McAllen, Texas 78503

Clint Carter, MD PA
4048 Charleston Park
Tyler, Texas 75701

Don Harper
810 N. Louise St.,
Atlanta, Texas 75551

SDR Healthcare Inc
c/o Registered Agent Dr. Jason Seungdamrong
3000 Blackburn St., Apt 2311
Dallas, Texas 75204

Ucbamichael Holdings LTD
c/o Registered Agent Elaine Ucbamichael
2500 N. Houston St., Apt 2712
Dallas, Texas 75219

Ucbamichael Holdings Management, LLC
c/o Registered Agent Elaine Ucbamichael
2500 N. Houston St., Apt 2712
Dallas, Texas 75219

Salvador Elizarraraz, Jr., MD PA
2001 Fullerton Ave.
McAllen, Texas 78504