IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION


IN RE:

NEIGHBORS LEGACY HOLDINGS, INC.                                      CASE NO. 18-33836-H1-11

Debtor                                                                              (CHAPTER 11)

MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST

OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES

Plaintiff

VS

WISESTAFF, LLC                                                                 ADV. NO. 20-03016

Defendant                                                                        JURY DEMANDED


**ORDER ON THE**

**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED OR MOTION TO DISMISS FOR IMPROPER JOINDER OF MULTIPLE DEFENDANTS**

**OR IN THE ALTERNATIVE MOTION TO SEVER THE TRUSTEE'S CLAIMS AGAINST WISESTAFF, LLC**

**AND ORDER A SEPARATE TRIAL**


On this day came for consideration by the court the Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted and Motion to Dismiss for Improper Joinder of Multiple Defendants, or in the Alternative Motion to Sever the Trustee's Claims Against Wisestaff, LLC, and Order a Separate Trial (the "Motion") filed by Wisestaff, LLC, (the "Movant"). The Court having considered the Motion and responses to the Motion was of the opinion that good cause exists for entry of the following order:


The Motion to Dismiss for Failure to State a Claim is Granted and

The Trustee's Amended Complaint is dismissed with prejudice.

_____granted      _____denied

The Motion to Dismiss for Improper Joinder of Multiple Defendants is Granted and

The Trustee's Amended Complaint is dismissed without prejudice.

_____granted      _____denied


The Trustee's claims against Defendant Wisestaff, LLC, are severed and a separate trial is ordered of such claims.

_____granted      _____denied


So ordered.

Signed on _____


_____

Marvin Isgur

United States Bankruptcy Judge