IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> NEIGHBORS LEGACY HOLDINGS, § <br> INC., § <br> § <br> Debtor. § | CASE NO. 18-33836-H1-11 <br> (Chapter 11) |
| § <br> MARK SHAPIRO, TRUSTEE OF THE § <br> UNSECURED CREDITOR TRUST OF § <br> NEIGHBORS LEGACY HOLDINGS, § <br> INC. AND ITS DEBTOR AFFILIATES § <br> § <br> *Plaintiff* § <br> § <br> VS. § <br> § <br> TOM VO, ET AL., § <br> § <br> *Defendants.* § | ADV. P. NO. 20-03016 |

## ORDER ON DEFENDANT TOM VO, M.D.'S MOTION TO DISMISS FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Before the Court is Defendant Tom Vo M.D.'s Motion to Dismiss for Lack of Standing and Failure to State a Claim Upon Which Relief can be Granted.

Upon consideration, the Court finds that the motion should be and is hereby GRANTED. Accordingly, it is hereby ORDERED that all of Plaintiff's Claims against Defendant Tom Vo are DISMISSED for Lack of Standing and Failure to State a Claim Upon Which Relief Can be Granted.

_____
U.S. BANKRUPTCY JUDGE