IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § § NEIGHBORS LEGACY HOLDINGS, INC., § §    Debtor. § | | CASE NO. 18-33836-H1-11 CHAPTER 11 JOINTLY ADMINISTERED |
| MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES, § § § § § § | | |
|    *Plaintiff* § | | |
| VS. § § TOM VO ET AL. § § §    *Defendants*. § | | ADV. P. NO. 20-03016 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel of record for the following Defendants named in the above-styled adversary proceeding:

- AB Physician Services LLC
- Abarado & Do Family, LP
- Alberto Gonzalez MD
- Atiba Bell Medical Associates, PLLC
- Catniaj, PLLC
- Nia Johnson MD
- Dien Quang Bui MD
- EDR Investments, LLC
- EMTEX Investments, LLC
- Ekta Popat
- Fillory Holdings, LLC
- Hazel Cebrun MD
- Isaac Freeborn MD
- James M. Piccione, MD, LLC
- KA Hott PLLC

- Kenneth M. Direkly
- LBN Medical Care, PLLC
- Manuel Acosta, PLLC
- Pranav Shukla MD
- Thanh Cheng MD
- Towards Infinity LLC
- William Appiah

The undersigned files this notice pursuant to Section 1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007.  All notices given or required to be given in this case shall be served upon:

Stuart H. Clements
Texas Bar No. 24087315
Southern District No. 3005543
Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.
1200 Smith Street, Suite 1400
Houston, TX 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553
E-mail: stuart.clements@chamberlainlaw.com

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

Dated: August 17, 2020

        Respectfully submitted,

        **CHAMBERLAIN, HRDLICKA, WHITE,**
          **WILLIAMS & AUGHTRY, P.C.**
        1200 Smith Street, 14th Floor
        Houston, Texas 77002
        Telephone: (713) 658-1818
        Facsimile: (713) 658-2553

        */s/ Stuart H. Clements*
        STUART H. CLEMENTS
        stuart.clements@chamberlainlaw.com
        Texas Bar No. 24087315
        Southern District No. 3005543

        **COUNSEL FOR AB PHYSICIAN SERVICES LLC, ABARADO & DO FAMILY, LP, ALBERTO GONZALEZ MD, ATIBA BELL MEDICAL ASSOCIATES, PLLC, CATNIAJ, PLLC, NIA JOHNSON MD, DIEN QUANG BUI MD, EDR INVESTMENTS, LLC, EMTEX INVESTMENTS, LLC, EKTA POPAT, FILLORY HOLDINGS, LLC, HAZEL CEBRUN MD, ISAAC FREEBORN MD, JAMES M. PICCIONE, MD, LLC, KA HOTT PLLC, KENNETH M. DIREKLY, LBN MEDICAL CARE, PLLC, MANUEL ACOSTA, PLLC, PRANAV SHUKLA MD, THANH CHENG MD, TOWARDS INFINITY LLC, AND WILLIAM APPIAH**

## CERTIFICATE OF SERVICE

       The undersigned certifies that on August 17, 2020, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

        */s/ Stuart H. Clements*
        STUART H. CLEMENTS

3774293