Case 20-03016   Document 79-9   Filed in TXSB on 09/30/20   Page 1 of 14



NEC Crosby Emergency Center LP Financial Statements

November 30, 2017

Balance Sheet / Income Statement / Cash Flow

**EXHIBIT 8**

## Balance Sheet
As of 11/30/2017
Crosby
(Dollars in thousands)
(Unaudited)

| | January | February | March | April | May | June | July | August | September | October | November |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | |
| **Current assets** | | | | | | | | | | | |
| Cash | $926,092 | $1,010,548 | $1,249,654 | $1,279,984 | $1,266,590 | $1,202,775 | $1,015,363 | $957,985 | $719,611 | $595,584 | $681,287 |
| Cash equivalents | | | | | | | | | | | |
| Total cash and cash equivalents | 926,092 | 1,010,548 | 1,249,654 | 1,279,984 | 1,266,590 | 1,202,775 | 1,015,363 | 957,985 | 719,611 | 595,584 | 681,287 |
| Accounts receivable | 5,734,851 | 7,509,144 | 8,194,392 | 8,895,842 | 9,619,784 | 9,800,930 | 10,292,174 | 10,852,018 | 12,475,242 | 12,418,594 | 13,563,670 |
| Allowance for doubtful accounts | (4,149,696) | (5,777,489) | (6,336,570) | (6,930,296) | (7,630,515) | (7,695,279) | (8,153,654) | (8,592,523) | (10,173,070) | (10,079,733) | (11,205,861) |
| Total accounts receivable, net | 1,585,155 | 1,731,655 | 1,857,822 | 1,965,546 | 1,989,269 | 2,105,651 | 2,138,520 | 2,259,495 | 2,302,172 | 2,338,861 | 2,357,809 |
| Prepaid expenses | 89,127 | 89,127 | 89,127 | 89,127 | 89,127 | 89,127 | 89,127 | 89,127 | 89,127 | 89,127 | 89,127 |
| Inventory | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 |
| Due (to)/from EDMG | 608,117 | 645,771 | 678,122 | 594,343 | 585,291 | 623,756 | 542,396 | 480,091 | 488,631 | 494,562 | 556,716 |
| Notes receivable - intercompany | 137,615 | 293,831 | 465,541 | 639,340 | 789,190 | 1,160,462 | 1,541,202 | 1,792,990 | 2,387,447 | 2,718,893 | 2,914,213 |
| Total current assets | 3,431,325 | 3,856,151 | 4,425,485 | 4,653,559 | 4,804,686 | 5,266,990 | 5,411,827 | 5,664,907 | 6,072,207 | 6,322,246 | 6,684,371 |
| Fixed assets | 2,801,324 | 2,801,324 | 2,801,324 | 2,801,324 | 2,801,324 | 2,801,324 | 2,791,674 | 2,791,674 | 2,791,674 | 2,791,674 | 2,791,674 |
| Accumulated depreciation | (406,005) | (429,579) | (454,348) | (478,040) | (501,733) | (525,426) | (549,120) | (572,652) | (596,184) | (619,715) | (643,247) |
| Total fixed assets, net | 2,395,319 | 2,371,745 | 2,346,976 | 2,323,284 | 2,299,591 | 2,275,898 | 2,242,554 | 2,219,022 | 2,195,490 | 2,171,959 | 2,148,427 |
| **Total assets** | $5,826,644 | $6,227,896 | $6,772,461 | $6,976,843 | $7,104,277 | $7,542,888 | $7,654,381 | $7,883,929 | $8,267,697 | $8,494,205 | $8,832,798 |
| **Liabilities** | | | | | | | | | | | |
| Accounts payable | $49,747 | $58,689 | $83,624 | $48,032 | $104,394 | $83,902 | $113,541 | $81,231 | $97,489 | $82,162 | $118,169 |
| Accrued expenses | 151,312 | 186,769 | 163,370 | 227,231 | 190,570 | 211,067 | 212,627 | 207,176 | 261,116 | 252,694 | 271,302 |
| Accrued distributions | 0 | 0 | 577,618 | 227,547 | | 200,273 | (2) | (2) | 121,161 | 0 | 0 |
| Accrued payroll | 33,600 | 34,282 | 41,607 | 51,581 | 11,354 | 17,843 | 27,956 | 34,489 | 46,131 | 63,596 | 29,791 |
| Notes payable - intercompany | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,370 | 6,370 |
| Total current liabilities | 234,659 | 279,740 | 866,219 | 554,391 | 306,318 | 513,085 | 354,122 | 322,894 | 525,897 | 404,822 | 425,632 |
| Capital lease obligation | 19,212 | 19,212 | 18,143 | 17,786 | 17,430 | 17,073 | 16,717 | 16,361 | 16,004 | 15,648 | 15,291 |
| Notes payable | 2,233,523 | 2,233,523 | 2,204,980 | 2,204,980 | 2,204,980 | 2,176,443 | 2,176,443 | 2,176,443 | 2,147,899 | 2,147,899 | 2,147,899 |
| Total long-term liabilities | 2,252,735 | 2,252,735 | 2,223,123 | 2,222,766 | 2,222,410 | 2,193,516 | 2,193,160 | 2,192,804 | 2,163,903 | 2,163,547 | 2,163,190 |
| **Total liabilities** | 2,487,394 | 2,532,475 | 3,089,342 | 2,777,157 | 2,528,728 | 2,706,601 | 2,547,282 | 2,515,698 | 2,689,800 | 2,568,369 | 2,588,822 |
| Members' capital | 817,500 | 817,500 | 817,500 | 817,500 | 817,500 | 817,500 | 817,500 | 817,500 | 817,500 | 817,500 | 818,500 |
| Distributions | (7,198,894) | (7,198,894) | (7,776,513) | (7,776,513) | (7,776,513) | (7,976,786) | (7,976,786) | (7,976,786) | (8,097,948) | (8,097,948) | (8,097,948) |
| Retained earnings | 9,265,506 | 9,265,506 | 9,265,506 | 9,265,506 | 9,265,506 | 9,265,506 | 9,265,506 | 9,265,506 | 9,265,506 | 9,265,506 | 9,265,506 |
| Net income | 455,140 | 811,309 | 1,376,627 | 1,893,193 | 2,269,057 | 2,730,066 | 3,000,880 | 3,262,012 | 3,592,840 | 3,940,776 | 4,257,917 |
| Total members' equity | 3,339,252 | 3,695,421 | 3,683,120 | 4,199,686 | 4,575,550 | 4,836,286 | 5,107,100 | 5,368,232 | 5,577,898 | 5,925,834 | 6,243,975 |
| Total liabilities & members' equity | $5,826,646 | $6,227,896 | $6,772,462 | $6,976,843 | $7,104,278 | $7,542,887 | $7,654,382 | $7,883,930 | $8,267,698 | $8,494,203 | $8,832,797 |

**EXHIBIT 8**

# Income Statement
For the Period Ended 11/30/2017
Crosby
(Dollars in thousands)
(Unaudited)

| | January | February | March | April | May | June | July | August | September | October | November | YTD |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary income expense** | | | | | | | | | | | | |
| Income | | | | | | | | | | | | |
| Net patient service revenue | | | | | | | | | | | | |
| Gross facility billings | $2,110,373 | $1,936,412 | $2,281,246 | $2,149,406 | $1,919,211 | $1,995,964 | $1,638,819 | $1,626,066 | $2,560,540 | $1,937,664 | $1,880,645 | $22,036,346 |
| Total gross billings | 2,110,373 | 1,936,412 | 2,281,246 | 2,149,406 | 1,919,211 | 1,995,964 | 1,638,819 | 1,626,066 | 2,560,540 | 1,937,664 | 1,880,645 | 22,036,346 |
| Adjustments | (137,231) | (109,259) | (93,161) | (142,737) | (98,114) | (144,658) | (112,117) | (154,938) | (402,512) | (354,978) | (291,133) | (2,040,838) |
| Refunds | 0 | 0 | (427) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (427) |
| Provision for bad debt | (1,044,578) | (980,251) | (1,172,964) | (1,047,866) | (992,229) | (971,839) | (816,610) | (771,464) | (1,358,423) | (854,381) | (887,841) | (10,898,447) |
| Total net patient service revenue | 928,564 | 846,902 | 1,014,694 | 958,803 | 828,868 | 879,467 | 710,092 | 699,664 | 799,605 | 728,305 | 701,671 | 9,096,634 |
| Collection percentage | 44.0% | 43.7% | 44.5% | 44.6% | 43.2% | 44.1% | 43.3% | 43.0% | 31.2% | 37.6% | 37.3% | 41.3% |
| Additional income | | | | | | | | | | | | |
| **Total income** | **928,564** | **846,902** | **1,014,694** | **958,803** | **828,868** | **879,467** | **710,092** | **699,664** | **799,605** | **728,305** | **701,670** | **9,096,634** |
| **Expenses** | | | | | | | | | | | | |
| Overhead expenses | | | | | | | | | | | | |
| Administration payroll | 35,507 | 35,917 | 37,224 | 36,106 | 31,973 | 34,779 | 33,702 | 22,149 | 32,804 | 27,976 | 29,614 | 357,751 |
| FICA | 0 | 0 | 0 | 0 | 0 | 0 | 2,729 | 1,562 | 1,686 | 1,746 | 1,618 | 9,341 |
| Payroll fees | 584 | 730 | 593 | 578 | 544 | 981 | 547 | 646 | 492 | 565 | 901 | 7,158 |
| Total payroll overhead | 36,091 | 36,647 | 37,817 | 36,684 | 32,517 | 35,760 | 36,978 | 24,357 | 34,982 | 30,287 | 32,133 | 374,250 |
| Advertising expense | 1,124 | 511 | 242 | 628 | 605 | 244 | 658 | (9) | 95 | 19 | 6,099 | 10,216 |
| Amortization expense | 759 | 707 | 707 | 707 | 707 | 707 | 707 | 707 | 707 | 707 | 855 | 7,980 |
| Auto expense | 896 | 603 | 520 | 721 | 897 | 469 | 105 | 730 | 59 | 225 | 1,162 | 6,388 |
| Bank charges | 526 | 662 | 793 | 764 | 856 | 844 | 667 | 783 | 718 | 760 | 3,028 | 10,402 |
| Benefits | 11,089 | 12,989 | 15,235 | 10,434 | 11,518 | 8,675 | 9,215 | 12,417 | 9,571 | 10,491 | 10,654 | 122,287 |
| Computer expense | 991 | 2,175 | 2,086 | 2,352 | 1,965 | 2,600 | 3,236 | 3,000 | 2,888 | 4,283 | 1,965 | 27,540 |
| Contract labor | 351 | 318 | 170 | 28 | 0 | 0 | 0 | 0 | 229 | 495 | 701 | 2,292 |
| Discretionary funds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | (14) | (4) | 7 | 3 |
| Dues and subscriptions | 1,072 | 1,213 | 1,085 | 1,274 | 976 | 1,062 | 976 | 1,088 | 870 | 981 | (2,936) | 7,660 |
| Events and employer relations | 22 | 26 | (727) | 135 | 125 | 110 | 4 | 1 | 0 | 2 | 23 | (280) |
| Equipment lease fee | 1,229 | 2,241 | 2,077 | 1,938 | 1,018 | 1,206 | 916 | 916 | 2,882 | 1,117 | 4,319 | 19,860 |
| Facility lease fee | 2,569 | 2,234 | 186 | 1,325 | 1,098 | 644 | 308 | 429 | 1,333 | 3,770 | 1,612 | 15,506 |
| Gift expense | 0 | 4 | 0 | 18 | 7 | 3 | 5 | (5) | 0 | 0 | 0 | 33 |
| Insurance expense | 2,729 | 3,049 | 2,857 | 2,831 | 2,475 | 2,718 | 3,604 | 2,723 | 8,425 | 3,415 | 7,726 | 42,552 |
| Interest expense | 0 | 0 | 423 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 170 | 1,579 |
| Laboratory expense | 191 | 85 | 85 | 226 | 75 | 188 | 126 | 69 | 507 | 154 | 422 | 2,128 |
| Late fee expense | 251 | 103 | 97 | 109 | 223 | 466 | 124 | 27 | 35 | 122 | (2) | 1,554 |
| Maintenance expense | 859 | 826 | 864 | 810 | 932 | 827 | 1,006 | 431 | 1,155 | 836 | 685 | 9,229 |
| Meals for employer convenience | 425 | 553 | 102 | 383 | 655 | (135) | (279) | 47 | 39 | 91 | 118 | 1,999 |
| Miscellaneous expense | 0 | 0 | 0 | 81 | (79) | 9 | (7) | 0 | 0 | 525 | 0 | 528 |
| Office expense | 1,171 | 896 | 2,069 | 1,921 | 4,054 | 704 | 520 | 837 | 605 | 581 | 440 | 13,799 |
| Permits and licenses | 101 | 77 | 172 | 0 | 0 | 1,525 | 4 | 15 | 0 | 0 | 18 | 1,911 |
| Professional fees | 7,284 | 1,987 | 531 | 3,962 | 5,334 | 5,601 | 3,524 | 10,995 | 8,317 | 5,665 | 1,898 | 55,097 |
| Radiology expense | 0 | 0 | 0 | 0 | 0 | 0 | 78 | 0 | 0 | 31 | 0 | 110 |
| Security expense | 287 | 312 | 277 | 160 | 253 | 249 | 247 | 130 | 0 | 0 | 0 | 1,917 |
| Medical supplies expense | 0 | 0 | 0 | 0 | 0 | 0 | 4 | (7) | 123 | 0 | 0 | 120 |
| Taxes | 487 | 376 | 865 | 571 | 379 | 402 | 371 | 362 | 362 | 362 | 452 | 4,989 |
| Training and education | 659 | 1,573 | 1,794 | 7 | 143 | 623 | (153) | 64 | 2 | 28 | 24 | 4,764 |
| Travel | 1,684 | 1,595 | 1,847 | 2,262 | 3,838 | 1,460 | 199 | 1,481 | 56 | 376 | 2,214 | 17,013 |
| Uniform expense | 29 | 372 | 280 | 0 | (2) | 436 | 411 | 52 | 660 | 0 | 0 | 2,238 |
| Utilities expense | 1,249 | 1,225 | 1,084 | 1,113 | 1,564 | 1,260 | 1,334 | 1,386 | 1,048 | 982 | 1,345 | 13,592 |
| Total other overhead | 38,034 | 36,712 | 35,721 | 34,901 | 39,757 | 33,038 | 28,051 | 38,824 | 40,813 | 36,155 | 42,999 | 405,006 |
| Total overhead allocation | 74,125 | 73,359 | 73,538 | 71,585 | 72,274 | 68,798 | 65,029 | 63,181 | 75,795 | 66,442 | 75,132 | 779,256 |

**EXHIBIT 8**

| | January | February | March | April | May | June | July | August | September | October | November | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Expense** | | | | | | | | | | | | |
| Center payroll | 120,978 | 122,766 | 111,939 | 111,179 | 116,663 | 101,394 | 109,719 | 111,622 | 115,790 | 115,276 | 113,440 | 1,250,765 |
| Advertising expense | 21,993 | 50,022 | 28,291 | 27,988 | 29,837 | 18,921 | 25,818 | 23,437 | 18,025 | 4,704 | 10,394 | 259,431 |
| Auto expense | 10 | 0 | 0 | 0 | 0 | 61 | 0 | 139 | 32 | 45 | 32 | 318 |
| Bank charges | 1,055 | 1,126 | 915 | 1,301 | 1,735 | 1,935 | 1,221 | 442 | 1,541 | 391 | 824 | 12,485 |
| Benefits | 22,796 | 23,271 | 17,763 | 20,302 | 27,644 | 23,818 | 22,916 | 24,762 | 26,630 | 24,744 | 1,029 | 235,675 |
| Billing and coding | 32,626 | 28,022 | 35,635 | 34,080 | 32,174 | 30,310 | 27,026 | 18,669 | 29,991 | 33,132 | 27,380 | 329,046 |
| Computer expense | 2,418 | 643 | 5,907 | 2,561 | 2,189 | 5,391 | 3,440 | 13,360 | 1,596 | 5,946 | 3,200 | 46,651 |
| Contract labor | 0 | 175 | 0 | 0 | 800 | 375 | 0 | 0 | 0 | 175 | 0 | 1,525 |
| Discretionary funds | 0 | 25 | 75 | 163 | 112 | 0 | 0 | 0 | 0 | 0 | 0 | 375 |
| Dues and subscriptions | 0 | 0 | 0 | 0 | 715 | 0 | 0 | 0 | 0 | 0 | 0 | 715 |
| Events and employer relations | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 19 | 0 | 0 | 0 | 37 |
| Gift expense | 0 | 0 | 0 | 0 | 0 | 249 | 25 | 0 | 0 | 0 | 0 | 274 |
| Laboratory expense | 770 | 575 | 430 | 2,080 | 2,450 | 2,735 | 1,080 | 360 | 1,025 | 1,210 | 2,382 | 15,097 |
| Linen expense | 1,445 | 3,205 | 1,856 | 1,773 | 1,322 | 2,669 | 1,762 | 2,527 | 1,507 | 3,311 | 1,875 | 23,253 |
| Maintenance expense | 8,440 | 8,451 | 21,830 | 5,883 | 6,487 | 14,565 | 5,920 | 3,163 | 8,431 | 5,192 | 4,441 | 92,804 |
| Meals for employer convenience | 1,836 | 1,508 | 1,479 | 1,623 | 1,302 | 1,378 | 1,599 | 0 | 0 | 0 | 0 | 10,725 |
| Miscellaneous expense | 0 | 0 | 0 | 274 | 0 | 583 | 552 | 0 | 525 | (525) | 1,000 | 2,409 |
| Radiology expense | 13,005 | 25,109 | 12,275 | 10,643 | 9,619 | 10,609 | 14,755 | 9,066 | 15,784 | 4,595 | 26,604 | 152,064 |
| Subsidy expense | 12,109 | 9,357 | 0 | 16,724 | 8,748 | 0 | 28,921 | 36,733 | 37,616 | 0 | 0 | 150,208 |
| Medical supplies expense | 25,505 | 12,509 | 22,290 | 11,688 | 28,381 | 18,494 | 18,813 | 9,098 | 34,146 | 12,863 | 13,718 | 207,505 |
| Taxes | 1,343 | 1,635 | 2,028 | 1,737 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 18,188 |
| Travel | 0 | 857 | 17 | 40 | 21 | 0 | 20 | 0 | 0 | 0 | 0 | 955 |
| Ultrasound expense | 4,070 | 4,245 | 3,815 | 4,525 | 3,985 | 4,315 | 4,125 | 5,211 | 4,630 | 4,230 | 4,140 | 47,291 |
| Total operating expense | 270,399 | 293,501 | 266,545 | 254,564 | 275,819 | 239,437 | 269,366 | 260,243 | 298,904 | 216,924 | 212,094 | 2,857,796 |
| **Administrative expenses** | | | | | | | | | | | | |
| Depreciation expense | 27,915 | 27,631 | 30,597 | 28,340 | 28,340 | 29,111 | 24,284 | 33,797 | 29,087 | 28,953 | 30,084 | 318,137 |
| Equipment lease fee | 17,953 | 10,283 | 8,329 | 9,305 | 9,305 | 9,228 | 9,361 | 9,353 | 9,351 | 9,396 | 9,404 | 111,269 |
| Facility lease fee | 38,992 | 52,176 | 44,127 | 44,494 | 44,925 | 44,925 | 44,925 | 44,925 | 30,793 | 30,793 | 30,793 | 451,868 |
| Interest expense | 14,881 | 14,706 | 11,655 | 10,874 | 12,473 | 16,095 | 14,698 | 14,708 | 14,708 | 14,444 | 14,444 | 153,688 |
| Late fee expense | 0 | 295 | 115 | 46 | 0 | 46 | 46 | 46 | 95 | 483 | 122 | 1,294 |
| Office expense | 901 | 2,783 | 1,787 | 1,280 | 1,247 | 306 | 3,103 | 1,506 | (6) | 614 | 517 | 14,040 |
| Permits and licenses | 220 | 220 | 2,192 | 6,761 | 220 | 870 | 220 | 220 | 224 | 1,604 | 299 | 13,048 |
| Professional fees | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |
| Security expense | 4,626 | 306 | 662 | 0 | 331 | 1,043 | 331 | 0 | (533) | 331 | 861 | 7,959 |
| Utilities expense | 12,215 | 4,406 | 5,977 | 3,921 | 5,320 | 5,845 | 5,162 | 5,212 | 5,014 | 5,040 | 5,437 | 63,548 |
| Total administrative expense | 118,203 | 112,806 | 105,441 | 105,021 | 102,161 | 107,469 | 102,130 | 109,767 | 88,733 | 91,658 | 91,961 | 1,135,351 |
| | | | | | | | | | | | | |
| Total expense | 462,727 | 479,666 | 445,524 | 431,170 | 450,254 | 415,704 | 436,525 | 433,191 | 463,432 | 375,024 | 379,187 | 4,772,403 |
| Net ordinary income | 465,839 | 367,236 | 569,170 | 527,633 | 378,616 | 463,761 | 273,565 | 266,477 | 336,172 | 353,280 | 322,485 | 4,324,234 |
| **Other (income)/expense** | | | | | | | | | | | | |
| Gain/loss on sale of assets | (367) | 0 | 367 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Franchise tax | 11,066 | 11,066 | 3,485 | 11,066 | 2,752 | 2,752 | 2,752 | 5,344 | 5,344 | 5,344 | 5,344 | 66,316 |
| Total other income/expense | 10,699 | 11,066 | 3,852 | 11,066 | 2,752 | 2,752 | 2,752 | 5,344 | 5,344 | 5,344 | 5,344 | 66,316 |
| Net income | $455,140 | $356,170 | $565,318 | $516,566 | $375,864 | $461,009 | $270,813 | $261,133 | $330,828 | $347,936 | $317,141 | $4,257,917 |
| | | | | | | | | | | | | |
| EBITDA | $509,394 | $410,280 | $612,552 | $567,695 | $420,276 | $509,816 | $313,395 | $315,830 | $380,815 | $397,526 | $368,039 | $4,805,618 |
| | | | | | | | | | | | | |
| Monthly Claims Total | 467 | 482 | 520 | 482 | 474 | 501 | 457 | 437 | 561 | 563 | 526 | 5,470 |

# EXHIBIT 8

## Statement of Cash Flows
For the Period Ended 11/30/2017
Crosby
(Dollars in thousands)
(Unaudited)

| | January | February | March | April | May | June | July | August | September | October | November | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | | | |
| Net income | $455,140 | $356,170 | $565,318 | $516,566 | $375,864 | $461,009 | $270,813 | $261,133 | $330,828 | $347,936 | $317,141 | $4,257,917 |
| Adjustments to reconcile net income to net cash provided by operations: | | | | | | | | | | | | |
| Depreciation/amortization expense | 23,574 | 23,574 | 24,769 | 23,693 | 23,693 | 23,693 | 23,693 | 23,532 | 23,532 | 23,532 | 23,532 | 260,817 |
| Accounts receivable | (1,143,836) | (1,126,751) | (1,299,131) | (1,155,589) | (1,015,952) | (1,088,221) | (849,479) | (892,439) | (1,401,100) | (891,070) | (906,790) | (11,770,358) |
| Allowance for doubtful accounts | 1,044,578 | 980,251 | 1,172,964 | 1,047,866 | 992,229 | 971,839 | 816,610 | 771,464 | 1,358,423 | 854,381 | 887,841 | 10,898,447 |
| Intercompany accounts | (54,928) | (193,870) | (204,061) | (90,020) | (140,798) | (409,737) | (299,381) | (189,482) | (602,997) | (331,006) | (257,474) | (2,773,755) |
| Accounts payable | (7,695) | 8,943 | 24,935 | (35,593) | 56,362 | (20,492) | 29,639 | (32,310) | 16,259 | (15,327) | 36,007 | 60,728 |
| Accrued payroll & related items | 7,207 | 682 | 7,325 | 9,974 | (40,227) | 6,489 | 10,113 | 6,533 | 11,642 | 17,465 | (33,805) | 3,398 |
| Accrued expenses | 17,213 | 35,457 | (23,398) | 63,860 | (36,661) | 20,497 | 1,560 | (5,451) | 53,940 | (8,421) | 18,607 | 137,203 |
| Net cash provided (used) by operating activities | 341,253 | 84,456 | 268,721 | 380,757 | 214,510 | (34,923) | 3,568 | (57,020) | (209,473) | (2,510) | 85,059 | 1,074,397 |
| **INVESTING ACTIVITIES** | | | | | | | | | | | | |
| Property plant & equipment | | | | | | | | | | | | |
| PPE - Net | 0 | 0 | 0 | 0 | 0 | 0 | 9,650 | 0 | 0 | 0 | 0 | 9,650 |
| Net cash provided (used) by investing activities | 0 | 0 | 0 | 0 | 0 | 0 | 9,650 | 0 | 0 | 0 | 0 | 9,650 |
| **FINANCING ACTIVITIES** | | | | | | | | | | | | |
| Capital lease obligation | 0 | 0 | (1,069) | (356) | (356) | (356) | (356) | (356) | (356) | (356) | (356) | (3,921) |
| Note payable, Key Bank | 0 | 0 | (28,543) | 0 | 0 | (28,537) | 0 | 0 | (28,544) | 0 | 0 | (85,624) |
| Capital contributions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 | 1,000 |
| Distributions | (753,716) | 0 | 0 | (350,072) | (227,547) | 0 | (200,275) | 0 | 0 | (121,161) | 0 | (1,652,770) |
| Net cash provided (used) by financing activities | (753,716) | 0 | (29,612) | (350,428) | (227,903) | (28,893) | (200,631) | (356) | (28,900) | (121,517) | 644 | (1,741,315) |
| Net cash change for period | (412,463) | 84,456 | 239,109 | 30,329 | (13,393) | (63,816) | (187,413) | (57,376) | (238,373) | (124,027) | 85,703 | (657,268) |
| Cash at beginning of period | 1,338,555 | 926,092 | 1,010,548 | 1,249,654 | 1,279,984 | 1,266,590 | 1,202,775 | 1,015,363 | 957,985 | 719,611 | 595,584 | 1,338,555 |
| Cash at end of period | $926,092 | $1,010,548 | $1,249,654 | $1,279,984 | $1,266,590 | $1,202,775 | $1,015,363 | $957,985 | $719,611 | $595,584 | $681,287 | $681,287 |

## **EXHIBIT 8**



NEC Porter Emergency Center LP Financial Statements

December 31, 2017

Balance Sheet / Income Statement / Cash Flow

## EXHIBIT 8

**Balance Sheet**
As of 12/31/2017
Porter
(Dollars in thousands)
(Unaudited)

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | |
| **Current assets** | | | | | | | | | | | | |
| Cash | $894,025 | $930,065 | $962,721 | $1,180,859 | $1,481,431 | $1,243,322 | $816,198 | $905,753 | $339,088 | $414,947 | $470,696 | $333,523 |
| Cash equivalents | | | | | | | | | | | | |
| Total cash and cash equivalents | 894,025 | 930,065 | 962,721 | 1,180,859 | 1,481,431 | 1,243,322 | 816,198 | 905,753 | 339,088 | 414,947 | 470,696 | 333,523 |
| | | | | | | | | | | | | |
| Accounts receivable | 5,328,806 | 6,850,942 | 7,751,721 | 8,620,631 | 9,262,271 | 9,471,223 | 10,063,343 | 10,426,053 | 11,056,817 | 11,527,063 | 9,779,285 | 10,041,954 |
| Allowance for doubtful accounts | (4,410,608) | (5,777,168) | (6,559,051) | (7,357,515) | (8,027,783) | (8,220,547) | (8,593,721) | (9,010,550) | (9,528,082) | (10,171,093) | (8,505,974) | (9,087,402) |
| Total accounts receivable, net | 918,198 | 1,073,774 | 1,192,670 | 1,263,116 | 1,234,488 | 1,250,676 | 1,469,622 | 1,415,503 | 1,528,735 | 1,355,970 | 1,273,311 | 954,552 |
| | | | | | | | | | | | | |
| Prepaid expenses | 38,094 | 38,094 | 38,094 | 38,094 | 38,094 | 38,094 | 38,094 | 38,094 | 38,094 | 38,094 | 38,094 | 38,094 |
| Inventory | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 |
| Due (to)/from EDMG | 342,681 | 381,994 | 418,931 | 349,134 | 324,601 | 339,609 | 260,596 | 227,822 | 278,984 | 280,646 | 334,931 | 361,216 |
| Notes receivable - intercompany | 125,440 | 281,654 | 453,364 | 602,163 | 752,013 | 1,143,825 | 1,533,033 | 1,762,357 | 2,309,119 | 2,595,556 | 2,753,260 | 3,052,827 |
| Total current assets | 2,403,657 | 2,790,800 | 3,150,999 | 3,518,585 | 3,915,846 | 4,100,745 | 4,202,762 | 4,434,748 | 4,579,239 | 4,770,432 | 4,955,511 | 4,825,431 |
| | | | | | | | | | | | | |
| Fixed assets | 2,451,455 | 2,451,455 | 2,451,455 | 2,451,455 | 2,451,455 | 2,451,455 | 2,451,455 | 2,451,455 | 2,451,455 | 2,451,455 | 2,451,455 | 2,451,455 |
| Accumulated depreciation | (191,859) | (212,157) | (237,768) | (260,933) | (284,098) | (307,263) | (330,428) | (353,593) | (376,758) | (399,923) | (423,088) | (444,482) |
| Total fixed assets, net | 2,259,596 | 2,239,298 | 2,213,687 | 2,190,522 | 2,167,357 | 2,144,192 | 2,121,027 | 2,097,862 | 2,074,697 | 2,051,532 | 2,028,367 | 2,006,973 |
| | | | | | | | | | | | | |
| **Total assets** | $4,663,253 | $5,030,098 | $5,364,686 | $5,709,107 | $6,083,203 | $6,244,937 | $6,323,789 | $6,532,610 | $6,653,936 | $6,821,964 | $6,983,878 | $6,832,404 |
| | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | |
| Accounts payable | $34,662 | $59,208 | $81,193 | $73,248 | $93,238 | $73,672 | $59,097 | $128,426 | $82,734 | $75,755 | $91,077 | $90,334 |
| Accrued expenses | 46,832 | 61,759 | 30,448 | 81,971 | 45,491 | 57,408 | 66,134 | 62,874 | 96,930 | 107,618 | 133,123 | 113,415 |
| Accrued distributions | 0 | 0 | 143,750 | 0 | 0 | 211,839 | (2) | (2) | (2) | 0 | 0 | 2,980 |
| Accrued payroll | 31,286 | 31,869 | 39,975 | 51,723 | 10,259 | 17,774 | 26,454 | 33,398 | 43,680 | 60,569 | 28,709 | 3,310 |
| Notes payable - intercompany | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,370 | 6,370 | 6,370 |
| Total current liabilities | 112,780 | 152,836 | 295,366 | 206,942 | 148,988 | 360,693 | 151,683 | 224,696 | 223,342 | 250,312 | 259,279 | 216,409 |
| | | | | | | | | | | | | |
| Capital lease obligation | 90,046 | 90,046 | 85,364 | 83,804 | 82,244 | 80,683 | 79,123 | 77,562 | 76,002 | 74,441 | 72,881 | 72,881 |
| Notes payable | 2,638,230 | 2,638,230 | 2,604,515 | 2,604,515 | 2,604,515 | 2,570,807 | 2,570,807 | 2,570,807 | 2,537,091 | 2,537,091 | 2,537,091 | 2,503,376 |
| Total long-term liabilities | 2,728,276 | 2,728,276 | 2,689,879 | 2,688,319 | 2,686,759 | 2,651,490 | 2,649,930 | 2,648,369 | 2,613,093 | 2,611,532 | 2,609,972 | 2,576,257 |
| | | | | | | | | | | | | |
| **Total liabilities** | 2,841,056 | 2,881,112 | 2,985,245 | 2,895,261 | 2,835,747 | 3,012,183 | 2,801,613 | 2,873,065 | 2,836,435 | 2,861,844 | 2,869,251 | 2,792,666 |
| | | | | | | | | | | | | |
| Members' capital | 758,950 | 758,950 | 758,950 | 758,950 | 758,950 | 758,950 | 758,950 | 758,950 | 758,950 | 758,950 | 758,950 | 758,950 |
| Distributions | (1,872,920) | (1,872,920) | (2,016,670) | (2,016,670) | (2,016,670) | (2,228,509) | (2,228,509) | (2,228,509) | (2,228,509) | (2,228,509) | (2,228,509) | (2,217,114) |
| Retained earnings | 2,619,098 | 2,619,098 | 2,619,098 | 2,619,098 | 2,619,098 | 2,619,098 | 2,619,098 | 2,619,098 | 2,619,098 | 2,619,098 | 2,619,098 | 2,619,098 |
| Net income | 317,069 | 643,859 | 1,018,063 | 1,452,468 | 1,886,078 | 2,083,217 | 2,372,638 | 2,510,007 | 2,667,963 | 2,810,582 | 2,965,088 | 2,878,805 |
| Total members' equity | 1,822,197 | 2,148,987 | 2,379,441 | 2,813,846 | 3,247,456 | 3,232,756 | 3,522,177 | 3,659,546 | 3,817,502 | 3,960,121 | 4,114,627 | 4,039,739 |
| | | | | | | | | | | | | |
| Total liabilities & members' equity | $4,663,253 | $5,030,099 | $5,364,686 | $5,709,107 | $6,083,203 | $6,244,939 | $6,323,790 | $6,532,611 | $6,653,937 | $6,821,965 | $6,983,878 | $6,832,405 |

**EXHIBIT 8**

## Income Statement
For the Period Ended 12/31/2017
Porter
(Dollars in thousands)
(Unaudited)

| | January | February | March | April | May | June | July | August | September | October | November | December | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income expense** | | | | | | | | | | | | | |
| Income | | | | | | | | | | | | | |
| Net patient service revenue | | | | | | | | | | | | | |
| Gross facility billings | $1,904,796 | $1,802,191 | $1,961,086 | $2,034,998 | $1,964,038 | $1,431,639 | $1,746,851 | $1,282,420 | $1,652,390 | $1,466,056 | $1,525,710 | $1,716,623 | $20,488,797 |
| Total gross billings | 1,904,796 | 1,802,191 | 1,961,086 | 2,034,998 | 1,964,038 | 1,431,639 | 1,746,851 | 1,282,420 | 1,652,390 | 1,466,056 | 1,525,710 | 1,716,623 | 20,488,797 |
| Adjustments | (109,254) | (98,212) | (67,049) | (121,704) | (118,352) | (76,184) | (119,983) | (75,416) | (69,115) | (74,190) | (63,258) | (79,389) | (1,072,107) |
| Refunds | 0 | 0 | 0 | 0 | 0 | (250) | 0 | 0 | 0 | 0 | 0 | 0 | (250) |
| Provision for bad debt | (1,033,623) | (957,678) | (1,088,400) | (1,061,027) | (996,681) | (739,045) | (889,496) | (680,930) | (988,956) | (857,458) | (905,995) | (1,435,741) | (11,635,030) |
| Total net patient service revenue | 761,919 | 746,301 | 805,637 | 852,267 | 849,005 | 616,160 | 737,372 | 526,074 | 594,319 | 534,408 | 556,457 | 201,493 | 7,781,410 |
| Collection percentage | 40.0% | 41.4% | 41.1% | 41.9% | 43.2% | 43.0% | 42.2% | 41.0% | 36.0% | 36.5% | 36.5% | 11.7% | 38.0% |
| Additional income | | | | | | | | | | | | | |
| **Total Income** | **761,918** | **746,300** | **805,638** | **852,267** | **849,005** | **616,160** | **737,372** | **526,074** | **594,319** | **534,408** | **556,457** | **201,493** | **7,781,410** |
| **Expenses** | | | | | | | | | | | | | |
| Overhead expenses | | | | | | | | | | | | | |
| Administration payroll | 35,507 | 35,917 | 37,224 | 36,106 | 31,973 | 34,779 | 33,702 | 22,149 | 32,804 | 27,976 | 29,543 | 28,743 | 386,424 |
| FICA | 0 | 0 | 0 | 0 | 0 | 0 | 2,729 | 1,562 | 1,686 | 1,746 | 1,614 | 1,831 | 11,168 |
| Payroll fees | 584 | 730 | 593 | 578 | 544 | 981 | 547 | 646 | 492 | 565 | 898 | 614 | 7,770 |
| Total payroll overhead | 36,091 | 36,647 | 37,817 | 36,684 | 32,517 | 35,760 | 36,978 | 24,357 | 34,982 | 30,287 | 32,055 | 31,188 | 405,362 |
| Advertising expense | 1,124 | 511 | 242 | 628 | 605 | 244 | 658 | (9) | 95 | 19 | 6,084 | 3,536 | 13,737 |
| Amortization expense | 759 | 707 | 707 | 707 | 707 | 707 | 707 | 707 | 707 | 707 | 853 | 892 | 8,870 |
| Auto expense | 896 | 603 | 520 | 721 | 897 | 469 | 105 | 730 | 59 | 225 | 1,159 | 556 | 6,941 |
| Bank charges | 526 | 662 | 793 | 764 | 856 | 844 | 667 | 783 | 718 | 760 | 3,021 | 943 | 11,338 |
| Benefits | 11,089 | 12,989 | 15,235 | 10,434 | 11,518 | 8,675 | 9,215 | 12,417 | 9,571 | 10,491 | 10,628 | (68,013) | 54,248 |
| Computer expense | 991 | 2,175 | 2,086 | 2,352 | 1,965 | 2,600 | 3,736 | 3,000 | 2,888 | 4,283 | 1,960 | 1,941 | 29,476 |
| Contract labor | 351 | 318 | 170 | 28 | 0 | 0 | 0 | 0 | 229 | 495 | 699 | 389 | 2,680 |
| Discretionary funds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | (14) | (4) | 7 | 49 | 52 |
| Dues and subscriptions | 1,072 | 1,213 | 1,085 | 1,274 | 976 | 1,062 | 976 | 1,088 | 870 | 981 | (2,928) | 1,242 | 8,909 |
| Events and employer relations | 22 | 26 | (727) | 135 | 125 | 110 | 4 | 1 | 0 | 2 | 23 | 24 | (256) |
| Equipment lease fee | 1,229 | 2,241 | 2,077 | 1,938 | 1,018 | 1,206 | 916 | 916 | 2,882 | 1,117 | 4,309 | 2,825 | 22,674 |
| Facility lease fee | 2,569 | 2,234 | 186 | 1,325 | 1,098 | 644 | 308 | 429 | 1,333 | 3,770 | 1,608 | 1,681 | 17,184 |
| Gift expense | 0 | 4 | 0 | 18 | 7 | 3 | 5 | (5) | 0 | 0 | 0 | 0 | 33 |
| Insurance expense | 2,729 | 3,049 | 2,857 | 2,831 | 2,475 | 2,718 | 3,604 | 2,723 | 8,425 | 3,415 | 7,707 | 4,341 | 46,875 |
| Interest expense | 0 | 0 | 423 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 170 | 178 | 1,756 |
| Laboratory expense | 191 | 85 | 85 | 226 | 75 | 188 | 126 | 69 | 507 | 154 | 421 | 49 | 2,176 |
| Late fee expense | 251 | 103 | 97 | 109 | 223 | 466 | 124 | 27 | 35 | 122 | (2) | 65 | 1,619 |
| Maintenance expense | 859 | 826 | 864 | 810 | 932 | 827 | 1,006 | 431 | 1,155 | 836 | 684 | 923 | 10,151 |
| Meals for employer convenience | 425 | 553 | 102 | 383 | 655 | (135) | (279) | 47 | 39 | 91 | 117 | 3 | 2,002 |
| Miscellaneous expense | 0 | 0 | 0 | 81 | (79) | 9 | (7) | 0 | 0 | 0 | 0 | 0 | 3 |
| Office expense | 1,171 | 896 | 2,069 | 1,921 | 4,054 | 704 | 520 | 837 | 605 | 581 | 439 | 312 | 14,110 |
| Permits and licenses | 101 | 77 | 172 | 0 | 0 | 1,525 | 4 | 15 | 0 | 0 | 18 | 4 | 1,915 |
| Professional fees | 7,284 | 1,987 | 531 | 3,962 | 5,334 | 5,601 | 3,524 | 10,995 | 8,317 | 5,665 | 1,893 | 4,995 | 60,088 |
| Radiology expense | 0 | 0 | 0 | 0 | 0 | 0 | 78 | 0 | 0 | 31 | 0 | 247 | 357 |
| Security expense | 287 | 312 | 277 | 160 | 253 | 249 | 247 | 130 | 0 | 0 | 0 | 0 | 1,917 |
| Medical supplies expense | 0 | 0 | 0 | 0 | 0 | 0 | 4 | (7) | 123 | 0 | 0 | (1) | 119 |
| Taxes | 487 | 376 | 865 | 571 | 379 | 402 | 371 | 362 | 362 | 362 | 451 | 1,107 | 6,094 |
| Training and education | 659 | 1,573 | 1,794 | 7 | 143 | 623 | (153) | 64 | 2 | 28 | 24 | 0 | 4,764 |
| Travel | 1,684 | 1,595 | 1,847 | 2,262 | 3,838 | 1,460 | 199 | 1,481 | 56 | 376 | 2,209 | (138) | 16,869 |
| Uniform expense | 29 | 372 | 280 | 0 | (2) | 436 | 411 | 52 | 660 | 0 | 0 | 0 | 2,238 |
| Utilities expense | 1,249 | 1,225 | 1,084 | 1,113 | 1,564 | 1,260 | 1,334 | 1,386 | 1,048 | 982 | 1,342 | 1,238 | 14,826 |
| Total other overhead | 38,034 | 36,712 | 35,721 | 34,901 | 39,757 | 33,038 | 28,051 | 38,824 | 40,813 | 35,630 | 42,896 | (40,612) | 363,765 |
| Total overhead allocation | 74,125 | 73,359 | 73,538 | 71,585 | 72,274 | 68,798 | 65,029 | 63,181 | 75,795 | 65,917 | 74,951 | (9,424) | 769,127 |

**EXHIBIT 8**

| | January | February | March | April | May | June | July | August | September | October | November | December | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Expense** | | | | | | | | | | | | | |
| Center payroll | 112,650 | 97,507 | 104,440 | 106,525 | 103,647 | 103,034 | 107,496 | 103,608 | 103,688 | 106,814 | 105,838 | 112,881 | 1,268,128 |
| Advertising expense | 34,021 | 39,276 | 28,775 | 36,043 | 26,881 | 20,990 | 23,916 | 24,908 | 8,412 | 2,582 | 6,383 | (1,717) | 250,470 |
| Auto expense | 17 | 96 | 0 | 0 | 0 | 38 | 71 | (71) | 0 | 54 | (66) | 0 | 139 |
| Bank charges | 1,024 | 1,174 | 1,105 | 1,027 | 1,132 | 1,756 | 1,519 | 1,112 | 970 | 1,641 | 1,736 | 1,622 | 15,818 |
| Benefits | 18,169 | 15,860 | 16,403 | 19,284 | 14,557 | 20,075 | 22,446 | 19,021 | 28,296 | 20,868 | 14,777 | (13,135) | 196,621 |
| Billing and coding | 32,770 | 23,675 | 27,418 | 31,322 | 35,201 | 23,818 | 20,748 | 23,329 | 19,531 | 28,085 | 25,351 | 20,733 | 311,980 |
| Computer expense | 2,412 | 2,344 | 8,120 | 3,972 | 3,857 | 2,384 | 4,752 | 2,300 | 7,989 | 8,119 | 8,789 | 4,348 | 59,387 |
| Contract labor | 0 | 0 | 175 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 200 | 0 | 375 |
| Discretionary funds | 0 | 900 | 0 | 0 | 400 | 402 | 1,884 | 234 | 1,304 | 0 | (5) | 0 | 5,118 |
| Dues and subscriptions | 0 | 0 | 0 | 0 | 715 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 715 |
| Events and employer relations | 0 | 0 | 0 | 156 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 156 |
| Laboratory expense | 5,457 | 987 | 1,007 | 1,581 | 942 | 1,226 | 19 | 754 | 840 | 780 | 10 | 42 | 13,645 |
| Linen expense | 4,172 | 1,845 | 2,282 | 1,805 | 0 | 1,943 | 13 | 6,715 | 0 | 3,179 | 1,761 | 0 | 23,665 |
| Maintenance expense | 5,348 | 6,011 | 6,271 | 9,997 | 4,786 | 5,941 | 4,209 | 1,371 | 9,976 | 6,361 | 3,799 | 5,663 | 69,734 |
| Meals for employer convenience | 2,210 | 1,894 | 1,887 | 1,746 | 2,520 | 1,121 | 660 | (432) | 0 | 0 | 0 | 0 | 11,606 |
| Miscellaneous expense | 0 | 0 | 0 | 726 | 0 | 0 | 2 | 0 | 105 | (105) | 0 | 0 | 728 |
| Radiology expense | 8,110 | 6,840 | 11,225 | 9,926 | 11,010 | 6,359 | 5,689 | 9,095 | 1,397 | 1,357 | 19,679 | 7,364 | 98,051 |
| Subsidy expense | 20,797 | 25,354 | 3,840 | 15,232 | 10,134 | 29,994 | 43,422 | 14,277 | 49,131 | 20,033 | 9,572 | 16,272 | 258,059 |
| Medical supplies expense | 12,311 | 18,586 | 17,516 | 14,718 | 20,636 | 11,367 | 22,805 | 6,432 | 18,766 | 15,410 | 18,867 | 16,878 | 194,292 |
| Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,603 | 15,603 |
| Travel | 0 | 35 | 20 | 8 | 25 | 0 | 454 | (454) | 0 | 0 | 0 | 0 | 89 |
| Ultrasound expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,110 | 1,110 |
| Total operating expense | 259,418 | 242,383 | 230,484 | 254,068 | 236,443 | 230,448 | 260,105 | 212,199 | 250,405 | 215,178 | 216,691 | 187,664 | 2,795,489 |
| | | | | | | | | | | | | | |
| **Administrative expenses** | | | | | | | | | | | | | |
| Depreciation expense | 24,639 | 24,355 | 31,439 | 27,812 | 27,812 | 28,582 | 23,755 | 33,430 | 28,720 | 28,586 | 29,701 | 27,969 | 336,800 |
| Equipment lease fee | 11,528 | 12,429 | 29,866 | 7,322 | 7,321 | 15,130 | 7,520 | 7,268 | 7,157 | 7,254 | 7,314 | 8,829 | 128,938 |
| Facility lease fee | 41,625 | 41,978 | 42,334 | 42,701 | 42,701 | 47,701 | 58,832 | 42,701 | 42,701 | 42,701 | 42,701 | 42,701 | 526,380 |
| Interest expense | 16,925 | 16,752 | 14,281 | 12,650 | 14,446 | 18,611 | 17,007 | 17,018 | 17,018 | 16,749 | 16,749 | 16,269 | 194,474 |
| Late fee expense | 760 | 47 | 651 | 90 | 0 | 859 | 99 | 99 | 99 | 473 | 0 | 198 | 3,377 |
| Office expense | 597 | 631 | 1,432 | 559 | 1,318 | 376 | 1,568 | (10) | 1,244 | 882 | 732 | 1,080 | 10,408 |
| Permits and licenses | 254 | 256 | 254 | 254 | 254 | 833 | 254 | 254 | 254 | 1,659 | 254 | 301 | 5,080 |
| Professional fees | 500 | 765 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,265 |
| Security expense | 7,291 | 439 | 791 | 0 | 332 | 744 | 332 | 0 | 332 | 332 | 683 | 332 | 11,607 |
| Utilities expense | 7,555 | 6,117 | 5,995 | 820 | 5,614 | 5,057 | 6,567 | 5,985 | 6,055 | 5,478 | 5,592 | 5,275 | 66,111 |
| Total administrative expense | 111,674 | 103,769 | 127,043 | 92,208 | 99,798 | 117,893 | 115,934 | 106,745 | 103,580 | 104,114 | 103,726 | 102,954 | 1,284,440 |
| | | | | | | | | | | | | | |
| **Total expense** | 445,217 | 419,511 | 431,065 | 417,861 | 408,515 | 412,139 | 441,068 | 382,125 | 429,780 | 385,209 | 395,368 | 281,194 | 4,849,056 |
| **Net ordinary income** | 316,702 | 326,789 | 374,571 | 434,408 | 440,490 | 204,019 | 296,301 | 143,952 | 164,538 | 149,202 | 161,089 | (79,701) | 2,932,359 |
| | | | | | | | | | | | | | |
| Other (income)/expense | | | | | | | | | | | | | |
| Gain/loss on sale of assets | (367) | 0 | 367 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Franchise tax | 0 | 0 | 0 | 0 | 6,880 | 6,880 | 6,880 | 6,583 | 6,583 | 6,583 | 6,583 | 6,583 | 53,554 |
| Total other income/expense | (367) | 0 | 367 | 0 | 6,880 | 6,880 | 6,880 | 6,583 | 6,583 | 6,583 | 6,583 | 6,583 | 53,554 |
| **Net Income** | $317,069 | $326,789 | $374,204 | $434,406 | $433,610 | $197,139 | $289,421 | $137,369 | $157,956 | $142,619 | $154,506 | ($86,283) | $2,878,805 |
| | | | | | | | | | | | | | |
| EBITDA | $359,025 | $368,603 | $421,421 | $475,716 | $483,596 | $252,061 | $337,912 | $195,247 | $211,124 | $195,385 | $208,562 | ($34,393) | $3,474,259 |
| | | | | | | | | | | | | | |
| Monthly Claims Total | 417 | 451 | 486 | 428 | 454 | 401 | 442 | 328 | 432 | 398 | 436 | 562 | 5,235 |

**EXHIBIT 8**

**Statement of Cash Flows**
For the Period Ended 12/31/2017
Porter
(Dollars in thousands)
(Unaudited)

| | January | February | March | April | May | June | July | August | September | October | November | December | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | | | | |
| Net Income | $317,069 | $326,789 | $374,204 | $434,406 | $433,610 | $197,139 | $269,421 | $137,369 | $157,956 | $142,619 | $154,506 | ($86,283) | $2,878,805 |
| Adjustments to reconcile net income to net cash provided by operations: | | | | | | | | | | | | | |
| Depreciation/amortization expense | 20,298 | 20,298 | 25,611 | 23,165 | 23,165 | 23,165 | 23,165 | 23,165 | 23,165 | 23,165 | 23,165 | 21,394 | 272,920 |
| Accounts receivable | (971,104) | (1,113,255) | (1,297,298) | (1,131,473) | (968,052) | (755,233) | (1,108,442) | (626,810) | (1,102,189) | (664,694) | (823,335) | (1,116,982) | (11,608,865) |
| Allowance for doubtful accounts | 1,033,623 | 957,676 | 1,088,400 | 1,061,027 | 996,681 | 739,045 | 889,496 | 680,930 | 988,956 | 857,458 | 905,995 | 1,435,741 | 11,635,030 |
| Intercompany accounts | (85,825) | (195,527) | (208,647) | (79,001) | (125,317) | (406,820) | (310,196) | (195,549) | (597,924) | (261,729) | (211,988) | (325,852) | (3,025,376) |
| Accounts payable | (16,153) | 24,546 | 21,986 | (7,946) | 19,990 | (19,566) | (14,575) | 69,326 | (45,692) | (6,979) | 15,322 | (743) | 39,520 |
| Accrued payroll & related items | 8,422 | 583 | 8,106 | 11,748 | (41,464) | 7,515 | 8,681 | 6,943 | 10,283 | 15,888 | (31,860) | (25,399) | (19,555) |
| Accrued expenses | 29,511 | 14,926 | (31,311) | 51,523 | (36,481) | 11,917 | 8,726 | (3,260) | 34,056 | 10,688 | 25,505 | (19,708) | 96,094 |
| **Net cash provided (used) by operating activities** | 335,841 | 36,036 | 71,053 | 363,449 | 302,132 | (202,838) | (213,724) | 91,116 | (531,389) | 77,416 | 57,310 | (117,832) | 268,573 |
| **INVESTING ACTIVITIES** | | | | | | | | | | | | | |
| Property plant & equipment | | | | | | | | | | | | | |
| **FINANCING ACTIVITIES** | | | | | | | | | | | | | |
| Capital lease obligation | 0 | 0 | (4,681) | (1,560) | (1,560) | (1,560) | (1,560) | (1,560) | (1,560) | (1,560) | (1,560) | 0 | (17,165) |
| Note payable, Key Bank | 0 | 0 | (33,715) | 0 | 0 | (33,706) | 0 | 0 | (33,716) | 0 | 0 | (33,716) | (134,855) |
| Capital contributions | (31,050) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (31,050) |
| Distributions | (772,920) | 0 | 0 | (143,750) | 0 | 0 | (211,841) | 0 | 0 | 2 | 0 | 14,375 | (1,114,134) |
| Net cash provided (used) by financing activities | (803,970) | 0 | (38,396) | (145,310) | (1,560) | (35,266) | (213,401) | (1,560) | (35,276) | (1,558) | (1,560) | (19,341) | (1,297,204) |
| Net cash change for period | (468,129) | 36,036 | 32,657 | 218,139 | 300,572 | (238,106) | (427,125) | 89,556 | (566,665) | 75,858 | 55,750 | (137,173) | (1,028,631) |
| Cash at beginning of period | 1,362,154 | 894,025 | 930,065 | 962,721 | 1,180,859 | 1,481,431 | 1,243,322 | 816,198 | 905,753 | 339,088 | 414,947 | 470,696 | 1,362,154 |
| **Cash at end of period** | $894,025 | $930,065 | $962,721 | $1,180,859 | $1,481,431 | $1,243,322 | $816,198 | $905,753 | $339,088 | $414,947 | $470,696 | $333,523 | $333,523 |

**EXHIBIT 8**



**NEC Porter Emergency Center Financial Statements**

**June 30, 2018**

**Balance Sheet / Income Statement / Cash Flow**

**EXHIBIT 8**

# Balance Sheet
As of 6/30/2018
Porter
(Unaudited)

| | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current assets** | | | | | | |
| Cash | $578,917.38 | $875,949.60 | $596,810.05 | $510,456.86 | $141,043.90 | $54,252.02 |
| Cash equivalents | | | | | | |
| Total cash and cash equivalents | 578,917.38 | 875,949.60 | 596,810.05 | 510,456.86 | 141,043.90 | 54,252.02 |
| | | | | | | |
| Accounts receivable | 10,100,735.56 | 9,960,539.28 | 9,521,068.54 | 9,438,942.92 | 9,022,439.96 | 8,711,011.66 |
| Allowance for doubtful accounts | (9,187,665.06) | (9,141,825.95) | (8,793,362.28) | (8,588,548.45) | (8,137,995.51) | (7,807,659.65) |
| Total accounts receivable, net | 913,070.50 | 818,713.33 | 727,706.26 | 850,394.47 | 884,444.45 | 903,352.01 |
| | | | | | | |
| Prepaid expenses | 44,184.00 | 44,184.00 | 43,676.50 | 43,169.00 | 42,661.50 | 84,855.40 |
| Inventory | 85,219.48 | 85,219.48 | 85,219.48 | 85,219.48 | 85,219.48 | 85,219.48 |
| Due (to)/from EDMG | 308,985.27 | 259,238.42 | 329,141.66 | 341,671.11 | 439,889.12 | 465,962.97 |
| Notes receivable - intercompany | 3,115,468.25 | 3,099,931.00 | 3,417,606.53 | 3,487,904.10 | 3,795,498.29 | 3,878,739.64 |
| **Total current assets** | 5,045,844.88 | 5,183,235.83 | 5,200,160.48 | 5,318,815.02 | 5,388,756.74 | 5,472,381.52 |
| | | | | | | |
| Fixed assets | 2,451,454.62 | 2,451,454.62 | 2,451,454.62 | 2,451,454.62 | 2,451,454.62 | 2,451,454.62 |
| Accumulated depreciation | (467,646.66) | (490,811.56) | (513,976.46) | (537,141.36) | (560,306.26) | (583,471.16) |
| **Total fixed assets, net** | 1,983,807.96 | 1,960,643.06 | 1,937,478.16 | 1,914,313.26 | 1,891,148.36 | 1,867,983.46 |
| | | | | | | |
| **Total assets** | $7,029,652.84 | $7,143,878.89 | $7,137,638.64 | $7,233,128.28 | $7,279,905.10 | $7,340,364.98 |
| | | | | | | |
| **Liabilities** | | | | | | |
| Accounts payable | $104,925.96 | $87,988.07 | $80,890.56 | $79,093.91 | $98,530.52 | $109,951.71 |
| Accrued expenses | 110,933.59 | 75,329.28 | 89,215.92 | 103,918.32 | 110,047.73 | 114,201.93 |
| Accrued distributions | 0.00 | 0.00 | 22,129.00 | 0.00 | 0.00 | 0.00 |
| Accrued payroll | 35,480.02 | 33,324.36 | 43,939.02 | 48,983.42 | 14,045.49 | 17,188.74 |
| Notes payable - intercompany | 8,470.09 | 6,370.37 | 6,370.37 | 6,370.37 | 6,370.37 | 0.00 |
| **Total current liabilities** | 259,809.66 | 203,012.08 | 242,544.87 | 238,366.02 | 228,994.11 | 241,342.38 |
| | | | | | | |
| Capital lease obligation | 71,320.61 | 69,760.18 | 68,199.75 | 66,639.32 | 65,078.89 | 63,518.46 |
| Notes payable | 2,503,375.71 | 2,503,375.71 | 2,452,802.46 | 2,452,802.46 | 2,452,802.46 | 2,452,802.46 |
| **Total long-term liabilities** | 2,574,696.32 | 2,573,135.89 | 2,521,002.21 | 2,519,441.78 | 2,517,881.35 | 2,516,320.92 |
| | | | | | | |
| **Total liabilities** | 2,834,505.98 | 2,776,147.97 | 2,763,547.08 | 2,757,807.80 | 2,746,875.46 | 2,757,663.30 |
| | | | | | | |
| Members' capital | 758,950.00 | 758,950.00 | 758,950.00 | 758,950.00 | 758,950.00 | 758,950.00 |
| Distributions | (2,217,114.34) | (2,217,114.34) | (2,239,243.34) | (2,239,243.34) | (2,239,243.34) | (2,239,243.34) |
| Retained earnings | 5,480,041.17 | 5,480,041.17 | 5,480,041.17 | 5,480,041.17 | 5,480,041.17 | 5,480,041.17 |
| Net income | 173,270.03 | 345,854.09 | 374,343.73 | 475,572.65 | 533,281.81 | 582,953.85 |
| **Total members' equity** | 4,195,146.86 | 4,367,730.92 | 4,374,091.56 | 4,475,320.48 | 4,533,029.64 | 4,582,701.68 |
| | | | | | | |
| **Total liabilities & members' equity** | $7,029,652.84 | $7,143,878.89 | $7,137,638.64 | $7,233,128.28 | $7,279,905.10 | $7,340,364.98 |

**EXHIBIT 8**

# Income Statement
For the Period Ended 6/30/2018
Porter
(Unaudited)

| | January | February | March | April | May | June | YTD |
|---|---|---|---|---|---|---|---|
| **Ordinary income expense** | | | | | | | |
| Income | | | | | | | |
| Net patient service revenue | | | | | | | |
|   Gross facility billings | $1,545,085 | $1,334,360 | $1,154,602 | $1,324,947 | $1,289,253 | $1,208,749 | $7,856,994 |
| Total gross billings | 1,545,085 | 1,334,360 | 1,154,602 | 1,324,947 | 1,289,253 | 1,208,749 | 7,856,994 |
|   Adjustments | (102,607) | (145,287) | (92,453) | (72,668) | (64,444) | (140,078) | (617,537) |
|   Refunds | 0 | 0 | (87) | 0 | (100) | (186) | (374) |
|   Provision for bad debt | (858,494) | (663,966) | (616,366) | (754,456) | (758,575) | (633,438) | (4,285,295) |
| Total net patient service revenue | 583,984 | 525,107 | 445,696 | 497,823 | 466,134 | 435,047 | 2,953,788 |
| Collection percentage | 37.8% | 39.4% | 38.6% | 37.6% | 36.2% | 36.0% | 37.6% |
| **Total income** | 583,984 | 525,107 | 445,695 | 497,823 | 466,134 | 435,047 | 2,953,789 |
| Expenses | | | | | | | |
| Operating Expense | | | | | | | |
|   Center payroll | 119,700 | 92,773 | 110,833 | 100,521 | 109,360 | 98,369 | 631,557 |
|   Advertising expense | 11,160 | 7,211 | 7,202 | 6,878 | 7,308 | 8,497 | 48,256 |
|   Auto expense | 0 | 43 | 0 | 0 | 0 | 0 | 43 |
|   Bank charges | 1,209 | 1,743 | 1,438 | 1,936 | 1,082 | 1,320 | 8,728 |
|   Benefits | 2,858 | 2,451 | 2,698 | 2,707 | 2,969 | 2,741 | 16,425 |
|   Billing and coding | 25,019 | 24,436 | 20,053 | 16,459 | 17,063 | 16,728 | 119,757 |
|   Computer expense | 14,881 | 7,570 | 8,280 | 7,820 | 7,602 | 7,947 | 54,101 |
|   Discretionary funds | 0 | 61 | 0 | 0 | 0 | 41 | 102 |
|   Dues and subscriptions | 0 | 0 | 0 | 0 | 723 | 0 | 723 |
|   Events and employer relations | 0 | 0 | 0 | 199 | 165 | 215 | 579 |
|   Laboratory expense | 4,636 | 2,286 | 4,134 | 776 | 1,322 | 694 | 13,847 |
|   Linen expense | 2,828 | 1,487 | 1,854 | 0 | 3,144 | 1,291 | 10,604 |
|   Maintenance expense | 5,832 | 4,953 | 5,249 | 6,421 | 5,812 | 7,998 | 36,266 |
|   Radiology expense | 9,951 | 8,214 | 8,964 | 21,819 | 9,732 | 8,755 | 67,434 |
|   Subsidy expense | 0 | 0 | 36,031 | 34,249 | 39,187 | 24,365 | 133,832 |
|   Medical supplies expense | 16,116 | 11,408 | 10,460 | 8,471 | 13,045 | 8,641 | 68,140 |
|   Taxes | 5,467 | 1,791 | 8,231 | 1,791 | 1,891 | 16,211 | 35,381 |
| Total operating expense | 219,657 | 166,427 | 225,427 | 210,047 | 220,405 | 203,813 | 1,245,775 |
| Administrative expenses | | | | | | | |
|   Depreciation expense | 23,165 | 23,165 | 23,165 | 23,165 | 23,165 | 23,165 | 138,989 |
|   Equipment lease fee | 7,795 | 7,276 | 7,346 | 7,269 | 7,076 | 7,076 | 43,838 |
|   Facility lease fee | 42,701 | 42,701 | 42,701 | 42,701 | 42,701 | 42,701 | 256,208 |
|   Interest expense | 17,306 | 17,306 | 17,306 | 18,365 | 18,365 | 21,129 | 109,775 |
|   Late fee expense | 99 | 99 | 109 | 0 | 0 | 0 | 308 |
|   Office expense | 693 | 1,142 | 1,115 | 572 | (28) | 562 | 4,055 |
|   Permits and licenses | 2,277 | 1,011 | 813 | 838 | 833 | 813 | 6,585 |
|   Professional fees | 201 | 0 | 0 | 0 | 0 | 0 | 201 |
|   Security expense | 332 | 332 | 332 | 332 | 332 | 332 | 1,990 |
|   Utilities expense | 6,135 | 5,815 | 5,066 | 5,139 | 5,667 | 5,738 | 33,560 |
| Total administrative expense | 100,704 | 98,847 | 97,953 | 98,381 | 98,111 | 101,516 | 595,509 |
| Overhead expenses | | | | | | | |
|   Corporate overhead allocation | 83,771 | 87,381 | 90,601 | 84,942 | 78,094 | 76,820 | 501,609 |
| Total overhead | 83,771 | 87,381 | 90,601 | 84,942 | 78,094 | 76,820 | 501,609 |
| **Total expense** | 404,132 | 352,655 | 413,981 | 393,370 | 396,610 | 382,149 | 2,342,893 |
| **Net ordinary income** | 179,853 | 172,452 | 31,715 | 104,454 | 69,525 | 52,897 | 610,896 |
| Other (income)/expense | | | | | | | |
|   Franchise tax | 6,583 | (132) | 3,225 | 3,225 | 11,816 | 3,225 | 27,943 |
| Total other income/expense | 6,583 | (132) | 3,225 | 3,225 | 11,816 | 3,225 | 27,943 |
| **Net income** | $173,270 | $172,584 | $28,490 | $101,229 | $57,709 | $49,672 | $582,954 |
| EBITDA | $220,323 | $212,922 | $72,185 | $145,984 | $111,055 | $97,191 | $859,661 |
| Monthly Claims Total | 484 | 384 | 362 | 369 | 383 | 318 | 2,300 |

**EXHIBIT 8**

## Statement of Cash Flows
For the Period Ended 6/30/2018
Porter
(Unaudited)

| | January | February | March | April | May | June | YTD |
|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | |
| Net income | $173,270 | $172,584 | $28,490 | $101,229 | $57,709 | $49,672 | $582,954 |
| Adjustments to reconcile net income to net cash provided by operations: | | | | | | | |
| Depreciation/amortization expense | 23,165 | 23,165 | 23,165 | 23,165 | 23,165 | 23,165 | 138,989 |
| Accounts receivable | (817,012) | (569,609) | (525,359) | (877,145) | (792,625) | (652,345) | (4,234,095) |
| Allowance for doubtful accounts | 858,494 | 663,966 | 616,366 | 754,456 | 758,575 | 633,438 | 4,285,295 |
| Intercompany accounts | (8,311) | 63,184 | (387,579) | (82,827) | (405,812) | (115,686) | (937,030) |
| Accounts payable | 14,592 | (16,938) | (7,098) | (1,797) | 19,437 | 11,421 | 19,617 |
| Accrued payroll & related items | 7,114 | (2,156) | 10,615 | 5,044 | (34,938) | 3,143 | (11,177) |
| Accrued expenses | 4,713 | (35,604) | 13,887 | 14,702 | 6,129 | 4,154 | 7,982 |
| Prepaid expenses | (6,090) | 0 | 508 | 508 | 508 | (42,194) | (46,761) |
| **Net cash provided (used) by operating activities** | 249,935 | 298,592 | (227,005) | (62,665) | (367,852) | (85,232) | (194,226) |
| **INVESTING ACTIVITIES** | | | | | | | |
| Property plant & equipment | | | | | | | |
| **FINANCING ACTIVITIES** | | | | | | | |
| Capital lease obligation | (1,560) | (1,560) | (1,560) | (1,560) | (1,560) | (1,560) | (9,363) |
| Note payable, Key Bank | 0 | 0 | (50,573) | 0 | 0 | 0 | (50,573) |
| Distributions | (2,980) | 0 | 0 | (22,129) | 0 | 0 | (25,109) |
| Net cash provided (used) by financing activities | (4,540) | (1,560) | (52,133) | (23,689) | (1,560) | (1,560) | (85,045) |
| Net cash change for period | 245,395 | 297,032 | (279,138) | (86,354) | (369,412) | (86,792) | (279,271) |
| Cash at beginning of period | 333,523 | 578,917 | 875,950 | 596,810 | 510,457 | 141,044 | 333,523 |
| **Cash at end of period** | $578,917 | $875,950 | $596,810 | $510,457 | $141,044 | $54,252 | $54,252 |

**EXHIBIT 8**