**Important Company Update - Please Read**

Chad Shandler <CShandler@neighborshealth.com>

Thu 7/12/2018 8:26 AM

To: Everyone <everyone@neighborshealth.com>

All:

As I communicated to you two weeks ago, the Board, management, and the Company's professionals have been working to ensure the best path forward to strengthen our centers, provide reassurance to you, and deliver the best care to our patients.  At that time, while I could not provide details, I did say that the sale of Neighbors to one or more companies was in the best interest of all parties involved.  I can now provide you some of the details.

_Houston Operations (Baytown, Bellaire, Crosby, Kingwood, Pasadena, Pearland, Porter, and Yorktown)_

- The Company has entered into an agreement to sell these centers to _Altus Health Systems_.

_Non-Houston Operations (Port Arthur, Midland, Odessa, Amarillo, Eastside, Brownsville, Beaumont, Harlingen, Mueller, Orange, Texarkana, McAllen, Lubbock, and Paris)_

- The Company is finalizing an agreement to sell these centers, and certain corporate operations, to _another buyer_.

After negotiating with these buyers and after consulting with our lenders, the Company made the decision and filed for Chapter 11 bankruptcy protection this morning to help expedite the sale transactions.

_To provide you with direct information and give you the opportunity to ask questions, we have setup group conference calls with myself and management for today.  You should have received invitations via your email.  I encourage you to participate in one of the calls.  The schedule is as follows:_

- _9:00 am Class B Participants_
- _10:15 am Directors_
- _11:30 am Companywide Call #1_
- _5:00 pm Companywide Call #2 (for those who could not participate in the 11:30 am call)_

Until the calls, let me try to answer some questions you may be asking:

- Will Neighbors continue to operate?

  - YES, Neighbors is OPEN and WILL CONTINUE to do business going forward as usual.  The bankruptcy filing will not impact our ability to operate and care for our patients.

- Will I get paid?

  - YES, You WILL continue to get paid as usual, use your benefits, and use your PTO.

- How long will the bankruptcy process take and what will happen?

  - Over the next few weeks, the Company's management and professionals will be having meetings and negotiations with the Company's creditors.  As part of the bankruptcy sale process, we will also continue to talk to potential buyers of the Company's centers to ensure the best deal was negotiated.  Once it is determined that the best deal has been agreed to, the buyers will then apply to the state for the ability to operate the centers they are buying.  We anticipate that the buyers will own and operate their centers by the end of October.

- Will I get a chance to talk to the Buyers?

  - Yes.  In fact, they are eager to talk to you too.  Over the next few weeks, the buyers will be making visits to the centers they are buying to share their vision for your center with you and discuss employment related information.

- What do I do if a reporter or a vendor calls (corporate or a center) and wants information or know what to do?
  - Any calls from the press should be directed to Cathleen Colman-O'Banion at (832) 808-4860 or cobanion@neighborshealth.com.
  - Any calls from vendors should be directed to (281) 406-8420 or they can send an email to vendors@neighborshealth.com.

Thank you again for your continued support and dedication to Neighbors.  It continues to be respected and appreciated.  We are in the home stretch.

As always, should you have any questions, please contact me.  I look forward to talking to you on the upcoming calls.

Chad

**Chad Shandler**
Chief Restructuring Officer

address 10800 Richmond Ave. Houston, TX 77042



**EXHIBIT 9**

neighbors
HEALTH

office 713.436.5200
NEC24.COM

**EXHIBIT 9**