Setul G. Patel, MD, MBA
Chief Executive Officer
spatel@neighborshealth.com
Phone: 713.436.5200
Fax: 713.436.5210



neighbors
H E A L T H

December 20, 2017

Dear Neighbors—

I would like to start this communication with a sincere thank you to every person involved in the Neighbors enterprise—this has been a year of change for our Company.  Your continued dedication and relentless efforts toward quality care and compassion are unrivaled in Healthcare.  As a service industry, our people are the ones that truly make us successful.  For those that know me well, the efforts of the last ten years have been one of truly transforming how healthcare is delivered—to bring our collective expertise to our communities and make that expertise more accessible.

As we bring in the new year, we do so with a positive outlook incorporating many needed changes to adapt to the new healthcare marketplace.  Our remaining centers will continue to operate as they have—all of you do a tremendous job on this front, and one thing is for certain—the demand for our services in the remaining markets we serve remains strong.  The continued transition of our Company will be good for our employees, our physicians, and our patients.   Ownership and management changes will continue to evolve and operational improvement will be implemented to strengthen our future outlook.  Communication on the details will be forthcoming from our restructuring team.

My tenure as the CEO has been a humbling and character building experience.  As a first generation American, my personal journey has been one of both luck and opportunity.  I was fortunate to meet my original partners and early employees after moving to Houston.  We have many day-one employees still with us, and we have added a workforce that supersedes every healthcare system I have ever been affiliated with.  Our mission continues, and our new vision will be set as the momentum of frontline healthcare delivery is our journey to still choose.

As we continue with the restructuring phase of the Company, the Company no longer needs a Chief Executive Officer at the present time.  This interim step in determining our future is one that I still will be involved in, but not as the CEO.  My term in that capacity will expire on December 31, 2017—As a member of the Board and cofounder of the Company, I intend to stay involved in shaping our outlook, and ensure we have the best possible outcome for everybody.  I am proud and honored to have been at the helm of Neighbors for so long, and I am truly grateful for the many lifelong friendships and relationships that will always be with me.

What we have at Neighbors is truly special, and even through challenges, we still see this spirit come through from every aspect and angle.  Our journey over the last decade includes a company culture that all of you have built with the original vision of our company—this is something for which we will always be proud. Thank you all for your continued support—the vision is still very much alive, and we will persevere through this interim process to soar once again.

Sincerely,

Setul G. Patel, MD, MBA
Chief Executive Officer

**EXHIBIT 10**



December 20, 2017

Dear Neighbors - -

As the year comes to a close, it is natural for us to look back on our past choices and make resolutions and set goals for the coming year. Difficult decisions needed to be made this year to stabilize our Company to achieve future success. We appreciate your loyalty and standing with Neighbors through this transition.

As the new year begins, we will continue to evaluate opportunities to strengthen our Company. On this point, we would also like to clarify the status of our centers.

**Each of the centers listed below are open for business.**

| | | |
|---|---|---|
| Amarillo | Kingwood | Paris |
| Baytown | Lubbock | Pasadena |
| Beaumont | McAllen | Pearland |
| Bellaire | Midland | Port Arthur |
| Brownsville | Mueller | Porter |
| Crosby | Odessa | Texarkana |
| Eastside (Edgemere) | Orange | Yorktown (Copperfield) |
| Harlingen | | |

*There is NO intention to close any of these centers!*

We would also like to thank Dr. Setul Patel for his years of dedication, service, and leadership as Neighbors' Chief Executive Officer and President. Dr. Patel's term in these positions expires on December 31, 2017. As we determine the next stage for our Company, we do not believe a CEO is necessary at this time. Many of Dr. Patel's CEO responsibilities will be handled by our senior management team, including our Chief Restructuring Officer. Dr. Patel will continue his involvement with Neighbors as a member of the Board of Directors working with our other Board Members to set the course for the future.

Happy Holidays and Happy New Year!!

**Senior Management Team:**

Chad Shandler, CPA
Chief Restructuring Officer

Tensie Axton, CPA
Chief Financial Officer

Thomas Gruenert, JD
General Counsel

Lauren Cotton, MS, RN, CEN
Chief Nursing Officer

Maureen Fuhrmann, MHA, BSN, RN
Chief Business Development Officer

Andy Chen, MD
Executive Medical Director

**EXHIBIT 10**