# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO. 18-33836-H1-11** |
| NEIGHBORS LEGACY HOLDINGS, INC., | § § | **CHAPTER 11** |
| Debtor. | § § | **JOINTLY ADMINISTERED** |
| | | |
| **MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES,** | § § § § § | |
| *Plaintiff* | § § | |
| VS. | § § | **ADV. P. NO. 20-03016** |
| **TOM VO ET AL.** | § § § | |
| *Defendants.* | § | |

## ORDER GRANTING CHAMBERLAIN GROUP DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having considered the Chamberlain Group Defendants' Motion for Summary Judgment, the response, and any replies, has determined the following:

With respect to the Chamberlain Group's Motion for Summary Judgment, that Motion should be and is hereby GRANTED as follows:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Trustee Mark Shapiro's claims to avoid transfers under Section 544, 548, and Chapter 24 of the Texas Business and Commerce Code are DISMISSED WITH PREJUDICE.

2

This ORDER applies to the following Chamberlain Group Defendants who filed the Motion:

- AB Physician Services LLC
- Abarado & Do Family, LP
- Atiba Bell Medical Associates, PLLC
- EDR Investments, LLC
- EMTEX Investments, LLC
- Ekta Popat
- Fillory Holdings, LLC
- Isaac Freeborn
- Kenneth M. Direkly
- Manuel Acosta, PLLC
- Pranav Shukla MD
- Thanh Cheng MD
- Towards Infinity LLC

Dated:

Marvin J. Isgur
United States Bankruptcy Judge

3846615