**Exhibit B-1**

Neighbors Emergency Centers
Selected Distributions Paid by NEC Entities

### Pranav Shukla, MD

| | | General Ledger | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17538 | 1/1/2017 | 4004-36010-0000 | Pranav Shukla | To accrue Q4 distributions. | 20,554.99 | 4004 | Pasadena | 1/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 17575 | 1/1/2017 | 4003-36010-0000 | Pranav Shukla | 2016 Q4 distribution accr | 102,107.37 | 4003 | Baytown | 1/18/2017 | 6719943754 | NEC Baytown Emergency Center LP |
| 17638 | 1/1/2017 | 4010-36010-0000 | Pranav Shukla | 2016 Q4 Distribution accr | 30,148.62 | 4010 | Crosby | 1/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44179 | 3/31/2017 | 4004-36010-0000 | Pranav Shukla | To record Class B distribution | 27,372.05 | 4004 | Pasadena | 4/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 44181 | 3/31/2017 | 4009-36010-0000 | Pranav Shukla | To record class B distribution | 832.76 | 4009 | Yorktown | 4/18/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 44223 | 3/31/2017 | 4003-36010-0000 | Pranav Shukla | Q1 Tax dist accrual | 141,861.34 | 4003 | Baytown | 4/18/2017 | 6719943754 | NEC Baytown Emergency Center LP |
| 44235 | 3/31/2017 | 4010-36010-0000 | Pranav Shukla | Q1 Tax dist | 23,338.12 | 4010 | Crosby | 4/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 81762 | 6/30/2017 | 4004-36010-0000 | Pranav Shukla | Class B distributions | 9,545.00 | 4004 | Pasadena | 7/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 81769 | 6/30/2017 | 4003-36010-0000 | Pranav Shukla | Class B distributions | 66,323.00 | 4003 | Baytown | 7/20/2017 | 6719943754 | NEC Baytown Emergency Center LP |
| 81772 | 6/30/2017 | 4010-36010-0000 | Pranav Shukla | Class B distributions | 13,351.56 | 4010 | Crosby | 7/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 81783 | 6/30/2017 | 4009-36010-0000 | Pranav Shukla | Class B distributions | 1,039.44 | 4009 | Yorktown | 7/17/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 114916 | 9/30/2017 | 4004-36010-0000 | Pranav Shukla | Q3 Distribution Accruals | 7,163.98 | 4004 | Pasadena | 10/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 114918 | 9/30/2017 | 4010-36010-0000 | Pranav Shukla | Q3 Distributions accruals | 6,742.31 | 4010 | Crosby | 10/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 145795 | 12/31/2017 | 4004-36010-0000 | Pranav Shukla | Q4 Distribution accrual | 2,290.00 | 4004 | Pasadena | 1/16/2018 | 2534627915 | NEC Pasadena Emergency Center LP |
| 145796 | 12/31/2017 | 4010-36010-0000 | Pranav Shukla | Q4 Distribution Accrual | 9,007.00 | 4010 | Crosby | 1/16/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176047 | 3/31/2018 | 4010-36010-0000 | Pranav Shukla | Q1 Distribution Accrual | 12,497.00 | 4010 | Crosby | 4/12/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176050 | 3/31/2018 | 4003-36010-0000 | Pranav Shukla | Q1 Distribution Accrual | 39,406.00 | 4003 | Baytown | 4/12/2018 | 6719943754 | NEC Baytown Emergency Center LP |
| 176052 | 3/31/2018 | 4004-36010-0000 | Pranav Shukla | Q1 Distribution Accrual | 6,741.00 | 4004 | Pasadena | 4/12/2018 | 2534627915 | NEC Pasadena Emergency Center LP |

### David Herrera, MD

| | | General Ledger | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17572 | 12/31/2016 | 4016-36055-0000 | David Herrera | To accrue Q4 distributions. | 1,078.89 | 4016 | Port Arthur | 1/18/2017 | 6729723965 | NEC Port Arthur Emergency Center LP |
| 44183 | 3/31/2017 | 4016-36055-0000 | David Herrera | To record class B distribution | 6,076.47 | 4016 | Port Arthur | 4/18/2017 | 6729723965 | NEC Port Arthur Emergency Center LP |
| 81764 | 6/30/2017 | 4016-36055-0000 | David Herrera | Class B distributions | 13,086.00 | 4016 | Port Arthur | 7/18/2017 | 6729723965 | NEC Port Arthur Emergency Center LP |

### AB Physician Services, LLC

| | | General Ledger | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17653 | 12/31/2016 | 4019-36081-0000 | AB Physician Services LLC | 2016 Q4 Distribution accr | 44,349.02 | 4019 | Harlingen | 1/18/2017 | 6730300288 | NEC Harlingen Emergency Center LP |
| 44214 | 3/31/2017 | 4019-36081-0000 | AB Physician Services LLC | Q1 Accrls | 50,290.92 | 4019 | Harlingen | 4/18/2017 | 6730300288 | NEC Harlingen Emergency Center LP |
| 81773 | 6/30/2017 | 4019-36081-0000 | AB Physician Services LLC | Class B distributions | 65,257.80 | 4019 | Harlingen | 7/17/2017 | 6730300288 | NEC Harlingen Emergency Center LP |
| 114920 | 9/30/2017 | 4019-36081-0000 | AB Physician Services LLC | Q3 Distributions accruals | 74,773.04 | 4019 | Harlingen | 10/17/2017 | 6730300288 | NEC Harlingen Emergency Center LP |
| 176044 | 3/31/2018 | 4019-36081-0000 | AB Physician Services LLC | Q1 Distribution Accrual | 14,999.00 | 4019 | Harlingen | 4/12/2017 | 6730300288 | NEC Harlingen Emergency Center LP |

GlassRatner Advisory & Capital Services LLC

**Abarado & Do Family, LP**

| | | General Ledger | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17538 | 12/31/2016 | 4004-36013-0000 | Abarado & Do Family, LP | To accrue Q4 distributions. | 6,851.66 | 4004 | Pasadena | 1/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 17638 | 12/31/2016 | 4010-36013-0000 | Abarado & Do Family, LP | 2016 Q4 Distribution accr | 45,222.94 | 4010 | Crosby | 1/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44235 | 3/31/2017 | 4010-36013-0000 | Abarado & Do Family, LP | Q1 Tax dist | 35,007.18 | 4010 | Crosby | 4/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44179 | 3/31/2017 | 4004-36013-0000 | Abarado & Do Family, LP | To record Class B distribution | 9,124.02 | 4004 | Pasadena | 4/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 44181 | 3/31/2017 | 4009-36013-0000 | Abarado & Do Family, LP | To record class B distribution | 832.76 | 4009 | Yorktown | 4/18/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81762 | 6/30/2017 | 4004-36013-0000 | Abarado & Do Family, LP | Class B distributions | 3,182.00 | 4004 | Pasadena | 7/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 81783 | 6/30/2017 | 4009-36013-0000 | Abarado & Do Family, LP | Class B distributions | 1,039.44 | 4009 | Yorktown | 7/17/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81772 | 6/30/2017 | 4010-36013-0000 | Abarado & Do Family, LP | Class B distributions | 24,032.81 | 4010 | Crosby | 10/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 114916 | 9/30/2017 | 4004-36013-0000 | Abarado & Do Family, LP | Q3 Distribution Accruals | 8,478.43 | 4004 | Pasadena | 10/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 114918 | 9/30/2017 | 4010-36013-0000 | Abarado & Do Family, LP | Q3 Distributions accruals | 61,042.38 | 4010 | Crosby | 10/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 176047 | 3/31/2018 | 4010-36013-0000 | Abarado & Do Family, LP | Q1 Distribution Accrual | 31,867.00 | 4010 | Crosby | 4/12/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176052 | 3/31/2018 | 4004-36013-0000 | Abarado & Do Family, LP | Q1 Distribution Accrual | 2,247.00 | 4004 | Pasadena | 4/16/2018 | 2534627915 | NEC Pasadena Emergency Center LP |

**Atiba Bell Medical Associates, PLLC**

| | | General Ledger | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17538 | 12/31/2016 | 4004-36011-0000 | Atiba Bell Medical Associates, PLLC | To accrue Q4 distributions. | 13,703.33 | 4004 | Pasadena | 1/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 17638 | 12/31/2016 | 4010-36011-0000 | Atiba Bell Medical Associates, PLLC | 2016 Q4 Distribution accr | 30,148.62 | 4010 | Crosby | 1/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44235 | 3/31/2017 | 4010-36011-0000 | Atiba Bell Medical Associates, PLLC | Q1 Tax dist | 23,338.12 | 4010 | Crosby | 4/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44179 | 3/31/2017 | 4004-36011-0000 | Atiba Bell Medical Associates, PLLC | To record Class B distribution | 18,248.04 | 4004 | Pasadena | 4/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 44181 | 3/31/2017 | 4009-36011-0000 | Atiba Bell Medical Associates, PLLC | To record class B distribution | 832.76 | 4009 | Yorktown | 4/18/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81762 | 6/30/2017 | 4004-36011-0000 | Atiba Bell Medical Associates, PLLC | Class B distributions | 6,363.00 | 4004 | Pasadena | 7/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 81783 | 6/30/2017 | 4009-36011-0000 | Atiba Bell Medical Associates, PLLC | Class B distributions | 1,039.44 | 4009 | Yorktown | 7/17/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81772 | 6/30/2017 | 4010-36011-0000 | Atiba Bell Medical Associates, PLLC | Class B distributions | 13,351.56 | 4010 | Crosby | 7/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 114916 | 9/30/2017 | 4004-36011-0000 | Atiba Bell Medical Associates, PLLC | Q3 Distribution Accruals | 1,292.28 | 4004 | Pasadena | 10/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 114918 | 9/30/2017 | 4010-36011-0000 | Atiba Bell Medical Associates, PLLC | Q3 Distributions accruals | 1,824.33 | 4010 | Crosby | 10/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 145795 | 12/31/2017 | 4004-36011-0000 | Atiba Bell Medical Associates, PLLC | Q4 Distribution accrual | 5,011.00 | 4004 | Pasadena | 1/16/2018 | 2534627915 | NEC Pasadena Emergency Center LP |
| 145796 | 12/31/2017 | 4010-36011-0000 | Atiba Bell Medical Associates, PLLC | Q4 Distribution Accrual | 13,925.00 | 4010 | Crosby | 1/16/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176047 | 3/31/2018 | 4010-36011-0000 | Atiba Bell Medical Associates, PLLC | Q1 Distribution Accrual | 12,497.00 | 4010 | Crosby | 4/12/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176052 | 3/31/2018 | 4004-36011-0000 | Atiba Bell Medical Associates, PLLC | Q1 Distribution Accrual | 4,494.00 | 4004 | Pasadena | 4/12/2018 | 2534627915 | NEC Pasadena Emergency Center LP |

**EDR Investments, LLC**

| | | | General Ledger | | | | | | Bank Activity | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17638 | 12/31/2016 | 4010-36040-0000 | EDR Investments LLC | 2016 Q4 Distribution accr | 45,222.94 | 4010 | Crosby | 1/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44235 | 3/31/2017 | 4010-36040-0000 | EDR Investments LLC | Q1 Tax dist | 35,007.18 | 4010 | Crosby | 4/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44181 | 3/31/2017 | 4009-36040-0000 | EDR Investments LLC | To record class B distribution | 1,665.51 | 4009 | Yorktown | 4/18/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81783 | 6/30/2017 | 4009-36040-0000 | EDR Investments LLC | Class B distributions | 2,078.88 | 4009 | Yorktown | 7/17/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81772 | 6/30/2017 | 4010-36040-0000 | EDR Investments LLC | Class B distributions | 20,027.34 | 4010 | Crosby | 7/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 145796 | 12/31/2017 | 4010-36040-0000 | EDR Investments LLC | Q4 Distribution Accrual | 23,625.00 | 4010 | Crosby | 1/16/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176047 | 3/31/2018 | 4010-36040-0000 | EDR Investments LLC | Q1 Distribution Accrual | 18,745.00 | 4010 | Crosby | 4/12/2018 | 6725860143 | NEC Crosby Emergency Center LP |

**EMTEX Investments, LLC**

| | | | General Ledger | | | | | | Bank Activity | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | ABS Amt | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17538 | 12/31/2016 | 4004-36017-0000 | Emtex Investments | To accrue Q4 distributions. | 20,554.99 | 4004 | Pasadena | 1/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 17638 | 12/31/2016 | 4010-36017-0000 | Emtex Investments | 2016 Q4 Distribution accr | 30,148.62 | 4010 | Crosby | 1/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44235 | 3/31/2017 | 4010-36017-0000 | Emtex Investments | Q1 Tax dist | 23,338.12 | 4010 | Crosby | 4/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44179 | 3/31/2017 | 4004-36017-0000 | Emtex Investments | To record Class B distribution | 27,372.05 | 4004 | Pasadena | 4/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 44181 | 3/31/2017 | 4009-36017-0000 | Emtex Investments | To record class B distribution | 832.76 | 4009 | Yorktown | 4/18/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81762 | 6/30/2017 | 4004-36017-0000 | Emtex Investments | Class B distributions | 9,544.00 | 4004 | Pasadena | 7/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 81783 | 6/30/2017 | 4009-36017-0000 | Emtex Investments | Class B distributions | 1,039.44 | 4009 | Yorktown | 7/17/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81772 | 6/30/2017 | 4010-36017-0000 | Emtex Investments | Class B distributions | 13,351.56 | 4010 | Crosby | 7/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 114916 | 9/30/2017 | 4004-36017-0000 | Emtex Investments | Q3 Distribution Accruals | 3,025.75 | 4004 | Pasadena | 10/20/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 114918 | 9/30/2017 | 4010-36017-0000 | Emtex Investments | Q3 Distributions accruals | 2,847.65 | 4010 | Crosby | 10/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 145795 | 12/31/2017 | 4004-36017-0000 | Emtex Investments | Q4 Distribution accrual | 6,429.00 | 4004 | Pasadena | 1/16/2018 | 2534627915 | NEC Pasadena Emergency Center LP |
| 145796 | 12/31/2017 | 4010-36017-0000 | Emtex Investments | Q4 Distribution Accrual | 12,902.00 | 4010 | Crosby | 1/16/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176047 | 3/31/2018 | 4010-36017-0000 | Emtex Investments | Q1 Distribution Accrual | 12,497.00 | 4010 | Crosby | 4/12/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176052 | 3/31/2018 | 4004-36017-0000 | Emtex Investments | Q1 Distribution Accrual | 6,741.00 | 4004 | Pasadena | 4/16/2018 | 2534627915 | NEC Pasadena Emergency Center LP |

**Ekta Popat**

| | | | General Ledger | | | | | | Bank Activity | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17538 | 12/31/2016 | 4004-36016-0000 | Ekta Popat | To accrue Q4 distributions. | 6,851.66 | 4004 | Pasadena | 1/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 17638 | 12/31/2016 | 4010-36016-0000 | Ekta Popat | 2016 Q4 Distribution accr | 30,148.62 | 4010 | Crosby | 1/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44235 | 3/31/2017 | 4010-36016-0000 | Ekta Popat | Q1 Tax dist | 23,338.12 | 4010 | Crosby | 4/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44179 | 3/31/2017 | 4004-36016-0000 | Ekta Popat | To record Class B distribution | 9,124.02 | 4004 | Pasadena | 4/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 44181 | 3/31/2017 | 4009-36016-0000 | Ekta Popat | To record class B distribution | 832.76 | 4009 | Yorktown | 4/18/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81762 | 6/30/2017 | 4004-36016-0000 | Ekta Popat | Class B distributions | 3,182.00 | 4004 | Pasadena | 7/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 81783 | 6/30/2017 | 4009-36016-0000 | Ekta Popat | Class B distributions | 1,039.44 | 4009 | Yorktown | 7/17/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81772 | 6/30/2017 | 4010-36016-0000 | Ekta Popat | Class B distributions | 13,351.56 | 4010 | Crosby | 7/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 114916 | 9/30/2017 | 4004-36016-0000 | Ekta Popat | Q3 Distribution Accruals | 5,980.02 | 4004 | Pasadena | 10/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 114918 | 9/30/2017 | 4010-36016-0000 | Ekta Popat | Q3 Distributions accruals | 8,193.19 | 4010 | Crosby | 10/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 145796 | 12/31/2017 | 4010-36016-0000 | Ekta Popat | Q4 Distribution Accrual | 16,280.00 | 4010 | Crosby | 1/16/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176047 | 3/31/2018 | 4010-36016-0000 | Ekta Popat | Q1 Distribution Accrual | 16,621.00 | 4010 | Crosby | 4/12/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176052 | 3/31/2018 | 4004-36016-0000 | Ekta Popat | Q1 Distribution Accrual | 2,247.00 | 4004 | Pasadena | 4/12/2018 | 2534627915 | NEC Pasadena Emergency Center LP |

GlassRatner Advisory & Capital Services LLC

**Fillory Holdings, LLC**

| | | General Ledger | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17653 | 12/31/2016 | 4019-36076-0000 | Fillory Holdings, LLC | 2016 Q4 Distribution accr | 19,957.06 | 4019 | Harlingen | 1/18/2017 | 6730300288 | NEC Harlingen Emergency Center LP |
| 44214 | 3/31/2017 | 4019-36076-0000 | Fillory Holdings, LLC | Q1 Accrls | 22,630.91 | 4019 | Harlingen | 4/18/2017 | 6730300288 | NEC Harlingen Emergency Center LP |
| 44220 | 3/31/2017 | 4023-36076-0000 | Fillory Holdings, LLC | Q1 Accrual | 4,782.59 | 4023 | McAllen | 4/18/2017 | 6733492447 | NEC McAllen Emergency Center LP |
| 81773 | 6/30/2017 | 4019-36076-0000 | Fillory Holdings, LLC | Class B distributions | 29,366.01 | 4019 | Harlingen | 7/17/2018 | 6730300288 | NEC Harlingen Emergency Center LP |
| 81780 | 6/30/2017 | 4023-36076-0000 | Fillory Holdings, LLC | Class B distributions | 17,300.10 | 4023 | McAllen | 7/17/2018 | 6733492447 | NEC McAllen Emergency Center LP |
| 114920 | 9/30/2017 | 4019-36076-0000 | Fillory Holdings, LLC | Q3 Distributions accruals | 29,379.19 | 4019 | Harlingen | 10/17/2018 | 6730300288 | NEC Harlingen Emergency Center LP |
| 176044 | 3/31/2018 | 4019-36076-0000 | Fillory Holdings, LLC | Q1 Distribution Accrual | 6,750.00 | 4019 | Harlingen | 4/12/2018 | 6730300288 | NEC Harlingen Emergency Center LP |

**Isaac Freeborn**

| | | General Ledger | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17638 | 12/31/2016 | 4010-36029-0000 | Isaac D. Freeborn PLLC | 2016 Q4 Distribution accr | 15,074.31 | 4010 | Crosby | 1/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44235 | 3/31/2017 | 4010-36029-0000 | Isaac D. Freeborn PLLC | Q1 Tax dist | 11,669.06 | 4010 | Crosby | 4/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44181 | 3/31/2017 | 4009-36029-0000 | Isaac D. Freeborn PLLC | To record class B distribution | 416.38 | 4009 | Yorktown | 4/18/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81783 | 6/30/2017 | 4009-36029-0000 | Isaac D. Freeborn PLLC | Class B distributions | 519.72 | 4009 | Yorktown | 7/17/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81772 | 6/30/2017 | 4010-36029-0000 | Isaac D. Freeborn PLLC | Class B distributions | 6,675.78 | 4010 | Crosby | 7/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 145796 | 12/31/2017 | 4010-36029-0000 | Isaac D. Freeborn PLLC | Q4 Distribution Accrual | 7,875.00 | 4010 | Crosby | 1/16/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176047 | 3/31/2018 | 4010-36029-0000 | Isaac D. Freeborn PLLC | Q1 Distribution Accrual | 6,248.00 | 4010 | Crosby | 4/12/2018 | 6725860143 | NEC Crosby Emergency Center LP |

**Kenneth M. Direkly**

| | | General Ledger | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17638 | 12/31/2016 | 4010-36028-0000 | Kenneth Direkly | 2016 Q4 Distribution accr | 45,222.94 | 4010 | Crosby | 1/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 17654 | 12/31/2016 | 4021-36028-0000 | Kenneth Direkly | 2016 Q4 Distribution | 7,729.20 | 4021 | Porter | 1/18/2017 | 6733493141 | NEC Porter Emergency Center LP |
| 44233 | 3/31/2017 | 4021-36028-0000 | Kenneth Direkly | Q1 Accrs | 4,791.67 | 4021 | Porter | 4/18/2017 | 6733493141 | NEC Porter Emergency Center LP |
| 44235 | 3/31/2017 | 4010-36028-0000 | Kenneth Direkly | Q1 Tax dist | 35,007.18 | 4010 | Crosby | 4/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44181 | 3/31/2017 | 4009-36028-0000 | Kenneth Direkly | To record class B distribution | 1,249.13 | 4009 | Yorktown | 4/18/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81783 | 6/30/2017 | 4009-36028-0000 | Kenneth Direkly | Class B distributions | 1,559.16 | 4009 | Yorktown | 7/17/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81772 | 6/30/2017 | 4010-36028-0000 | Kenneth Direkly | Class B distributions | 20,027.34 | 4010 | Crosby | 7/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 81627 | 6/30/2017 | 4021-36028-0000 | Kenneth Direkly | Class B distributions | 8,897.00 | 4021 | Porter | 7/17/2017 | 6733493141 | NEC Porter Emergency Center LP |
| 114918 | 9/30/2017 | 4010-36028-0000 | Kenneth Direkly | Q3 Distributions accruals | 40,244.18 | 4010 | Crosby | 10/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 145796 | 12/31/2017 | 4010-36028-0000 | Kenneth Direkly | Q4 Distribution Accrual | 16,689.00 | 4010 | Crosby | 1/16/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 176042 | 3/31/2018 | 4021-36028-0000 | Kenneth Direkly | Q1 Distribution Accrual | 929.00 | 4021 | Porter | 4/12/2018 | 6733493141 | NEC Porter Emergency Center LP |
| 176047 | 3/31/2018 | 4010-36028-0000 | Kenneth Direkly | Q1 Distribution Accrual | 34,491.00 | 4010 | Crosby | 4/12/2018 | 6725860143 | NEC Crosby Emergency Center LP |

**Manuel Acosta PLLC**

| | | General Ledger | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17572 | 12/31/2016 | 4016-36072-0000 | Manuel Acosta PLLC | To accrue Q4 distributions. | 1,078.89 | 4016 | Port Arthur | 1/18/2017 | 6729723965 | NEC Port Arthur Emergency Center LP |
| 17653 | 12/31/2016 | 4019-36072-0000 | Manuel Acosta PLLC | 2016 Q4 Distribution accr | 13,304.71 | 4019 | Harlingen | 1/18/2017 | 6730300288 | NEC Harlingen Emergency Center LP |
| 44214 | 3/31/2017 | 4019-36072-0000 | Manuel Acosta PLLC | Q1 Accrls | 15,087.27 | 4019 | Harlingen | 4/18/2017 | 6730300288 | NEC Harlingen Emergency Center LP |
| 44183 | 3/31/2017 | 4016-36072-0000 | Manuel Acosta PLLC | To record class B distribution | 6,076.47 | 4016 | Port Arthur | 4/18/2017 | 6729723965 | NEC Port Arthur Emergency Center LP |
| 81773 | 6/30/2017 | 4019-36072-0000 | Manuel Acosta PLLC | Class B distributions | 19,577.34 | 4019 | Harlingen | 7/17/2017 | 6730300288 | NEC Harlingen Emergency Center LP |

| | 145799 | 12/31/2017 | 4016-36072-0000 | Manuel Acosta PLLC | Q4 Distribution Accrual | 2,337.00 | 4016 | Port Arthur | 1/16/2018 | 6729723965 | NEC Port Arthur Emergency Center LP |

### Thanh Cheng, MD

| | General Ledger | | | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17538 | 12/31/2016 | 4004-36012-0000 | Thanh Cheng | To accrue Q4 distributions. | 13,703.33 | 4004 | Pasadena | 1/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 44179 | 3/31/2017 | 4004-36012-0000 | Thanh Cheng | To record Class B distribution | 18,248.04 | 4004 | Pasadena | 4/18/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 81762 | 6/30/2017 | 4004-36012-0000 | Thanh Cheng | Class B distributions | 9,545.00 | 4004 | Pasadena | 7/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 114916 | 9/30/2017 | 4004-36012-0000 | Thanh Cheng | Q3 Distribution Accruals | 19,863.60 | 4004 | Pasadena | 10/17/2017 | 2534627915 | NEC Pasadena Emergency Center LP |
| 176052 | 3/31/2018 | 4004-36012-0000 | Thanh Cheng | Q1 Distribution Accrual | 6,741.00 | 4004 | Pasadena | 4/12/2018 | 2534627915 | NEC Pasadena Emergency Center LP |

### Towards Infinity

| | General Ledger | | | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17638 | 12/31/2016 | 4010-36038-0000 | Towards Infinity LLC | 2016 Q4 Distribution accr | 30,148.62 | 4010 | Crosby | 1/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 17654 | 12/31/2016 | 4021-36038-0000 | Towards Infinity LLC | 2016 Q4 Distribution | 7,729.20 | 4021 | Porter | 1/18/2017 | 6733493141 | NEC Porter Emergency Center LP |
| 44233 | 3/31/2017 | 4021-36038-0000 | Towards Infinity LLC | Q1 Accrs | 4,791.67 | 4021 | Porter | 4/18/2017 | 6733493141 | NEC Porter Emergency Center LP |
| 44235 | 3/31/2017 | 4010-36038-0000 | Towards Infinity LLC | Q1 Tax dist | 23,338.12 | 4010 | Crosby | 4/18/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 44181 | 3/31/2017 | 4009-36038-0000 | Towards Infinity LLC | To record class B distribution | 1,249.13 | 4009 | Yorktown | 4/18/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81783 | 6/30/2017 | 4009-36038-0000 | Towards Infinity LLC | Class B distributions | 1,559.16 | 4009 | Yorktown | 7/17/2017 | 6716759677 | NEC Yorktown Emergency Center LP |
| 81772 | 6/30/2017 | 4010-36038-0000 | Towards Infinity LLC | Class B distributions | 16,021.87 | 4010 | Crosby | 7/17/2017 | 6725860143 | NEC Crosby Emergency Center LP |
| 81627 | 6/30/2017 | 4021-36106-0000 | Towards Infinity | Class B distributions | 7,227.00 | 4021 | Porter | 7/17/2017 | 6733493141 | NEC Porter Emergency Center LP |
| 145796 | 12/31/2017 | 4010-36038-0000 | Towards Infinity LLC | Q4 Distribution Accrual | 28,239.00 | 4010 | Crosby | 1/16/2018 | 6725860143 | NEC Crosby Emergency Center LP |
| 145800 | 12/31/2017 | 4021-36038-0000 | Towards Infinity LLC | Q4 Distribution Accrual | 2,980.00 | 4021 | Porter | 1/16/2018 | 6733493141 | NEC Porter Emergency Center LP |
| 176042 | 3/31/2018 | 4021-36038-0000 | Towards Infinity LLC | Q1 Distribution Accrual | 755.00 | 4021 | Porter | 4/12/2018 | 6733493141 | NEC Porter Emergency Center LP |
| 176047 | 3/31/2018 | 4010-36038-0000 | Towards Infinity LLC | Q1 Distribution Accrual | 19,120.00 | 4010 | Crosby | 4/12/2018 | 6725860143 | NEC Crosby Emergency Center LP |

### Elaine Ucbamichael MD

| | General Ledger | | | | | | | | Bank Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Journal Entry | G/L Date | Account Number | Description | Reference | Distribution | Facility | Facility Name | Paid Date | Source Account | Payor |
| 17572 | 12/31/2016 | 4016-36051-0000 | Elaine Ucbamichael | To accrue Q4 distributions. | 359.63 | 4016 | Port Arthur | 1/18/2017 | 6729723965 | NEC Port Arthur Emergency Center LP |
| 44183 | 3/31/2017 | 4016-36051-0000 | Elaine Ucbamichael | To record class B distribution | 2,025.49 | 4016 | Port Arthur | 4/18/2017 | 6729723965 | NEC Port Arthur Emergency Center LP |
| 81764 | 6/30/2017 | 4016-36051-0000 | Elaine Ucbamichael | Class B distributions | 13,086.00 | 4016 | Port Arthur | 7/17/2017 | 6729723965 | NEC Port Arthur Emergency Center LP |
| 145799 | 12/31/2017 | 4016-36051-0000 | Elaine Ucbamichael | Q4 Distribution Accrual | 6,155.00 | 4016 | Port Arthur | 1/16/2018 | 6729723965 | NEC Port Arthur Emergency Center LP |

GlassRatner Advisory & Capital Services LLC