# EXHIBIT A

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 18-33836-H1-11 |
| NEIGHBORS LEGACY HOLDINGS, INC., | § § § | (Chapter 11) |
| Debtor. | § § | |
| MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES | § § § § § § | ADV. P. NO. 20-03016 |
| *Plaintiff* | § § | |
| VS. | § § § | |
| TOM VO, ET AL., | § § § | |
| *Defendants.* | § | |

## SCHEDULING ORDER

The disposition of the solvency fact question will be controlled by the following schedule:

### SOLVENCY EXPERTS

1. April 26, 2021 — Plaintiff/Trustee (the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

2. May 7, 2021 — Plaintiff/Trustee will present its expert(s) for deposition on or before this date.

3. June 21, 2021 — Defendants will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. July 2, 2021 — Defendants will present their expert(s) for deposition on or before this date.

5. August 23, 2021 — **TRIAL DATE TO BE ASSIGNED BY THE COURT ON OR AFTER THIS DATE.**

SIGNED on _____ in Houston, Texas.

_____
MARVIN ISGUR
United States Bankruptcy Judge