

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/17/2021

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 18-33836-H1-11 |
| NEIGHBORS LEGACY HOLDINGS, INC., | § § | (Chapter 11) |
| Debtor. | § § | |
| | § § | |
| MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES | § § § § § | ADV. P. NO. 20-03016 |
| *Plaintiff* | § § | |
| VS. | § § | |
| TOM VO, ET AL., | § § | |
| *Defendants.* | § | |

## AGREED SCHEDULING ORDER

1. July 26, 2021    Plaintiff/Trustee (the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

2. August 6, 2021    Plaintiff/Trustee will present its expert(s) for deposition on or before this date.

3. September 27, 2021    Defendants will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. October 8, 2021    Defendants will present their expert(s) for deposition on or before this date.

5. December 6, 2021    **COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

6. December 6, 2021    **PRETRIAL DISPOSITIVE MOTIONS AND MOTIONS TO SEVER/SEPARATE TRIAL DEADLINE**

|  |  |  |
|---|---|---|
|  |  | No motion may be filed after this date except for good cause. |
| 7. | January 6, 2022 | **ANSWERS TO DISPOSITIVE MOTIONS DUE** |
| 8. | January 20, 2022 | **REPLY TO DISPOSITIVE MOTIONS DUE** |
| 9. | January 27, 2022 @ 9:00 a.m | **STATUS CONFERENCE AND HEARING WITH ORAL ARGUMENTS ON ALL MOTIONS AND STATUS CONFERENCE** |
| 10. |  | **TRIAL DATE TO BE ASSIGNED FOLLOWING RULING ON DISPOSITIVE MOTIONS** The parties have requested a jury trial. |

Signed: May 17, 2021

_____
Marvin Isgur
United States Bankruptcy Judge