United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 05, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| NEIGHBORS LEGACY HOLDINGS, INC., | § § § | CASE NO. 18-33836-H1-11 (Chapter 11) |
| Debtor. | § | |
| MARK SHAPIRO, TRUSTEE OF THE UNSECURED CREDITOR TRUST OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES | § § § § § § § | ADV. P. NO. 20-03016 |
| *Plaintiff* | § | |
| VS. | § § § | |
| TOM VO et al. | § § § | |
| *Defendants.* | § § | |

## ORDER DISMISSING CERTAIN DEFENDANTS

1

BEFORE THE COURT is Plaintiff Trustee Mark Shapiro's Motion to Dismiss with Prejudice the claims and counterclaims with respect to Defendants Alberto A. Gonzalez, M.D.; Roy Marrero; Spring Pasadena Investments, LLC; William Appiah, M.D.; Applied Enhancements, PLLC; Andrew O. Okafor, M.D. P.A.; James Locke, M.D.; Megadodo, LLC; Obidike R. Akahara, M.D. P.A.; Ali Osman; Ivan Melendez; Nia Johnson; Catniaj, PLLC; David Herrera, M.D.; Tom Vo; Pranav Shukla; Emergence Holdings, LLC; Ahmed Shaikh, M.D.; Baqir Holdings, PLLC; Neighbors of the Permian Basin, LLC; and Teamus Investments, Ltd. After considering the Motion, the Court finds it should be GRANTED.

ALSO BEFORE THE COURT is Plaintiff Trustee Mark Shapiro's Motion to Dismiss Without Prejudice the claims against Defendants QSH Family, LP; Roger Starner Jones, Jr.; Manual Acosta, PLLC; Addison Hn Vo Investments, LLC; Upclick Ventures, LLC; Donald Hubbard, MD, PLLC; and Thomas Mercado, MD, PLLC. After considering the Motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that the claims and counterclaims regarding Defendants Alberto A. Gonzalez, M.D.; Roy Marrero; Spring Pasadena Investments, LLC; William Appiah, M.D.; Applied Enhancements, PLLC; Andrew O. Okafor, M.D. P.A.; James Locke, M.D.; Megadodo, LLC; Obidike R. Akahara, M.D. P.A.; Ali Osman; Ivan Melendez; Nia Johnson; Catniaj, PLLC; David Herrera, M.D.; Tom Vo; Pranav Shukla; Emergence Holdings, LLC; Ahmed Shaikh, M.D.; Baqir Holdings, PLLC; Neighbors of the Permian Basin, LLC; and Teamus Investments, Ltd. are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the claims against Defendants QSH Family, LP; Roger Starner Jones, Jr.; Manual Acosta, PLLC; Addison Hn Vo Investments, LLC; Upclick Ventures, LLC; Donald Hubbard, MD, PLLC; and Thomas Mercado, MD, PLLC are DISMISSED WITHOUT PREJUDICE.

Signed: November 05, 2021



Marvin Isgur